# EXHIBIT A

## CERTIFICATION OF LEAD PLAINTIFF

I, Jay Peter Kaufman, certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss & Bershad LLP to act on my behalf in this matter for all purposes.

2. I have reviewed the complaint and authorized its filing.

3. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

6. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

7. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

8. I have listed below all my transactions in 9.75% Series B Cumulative Redeemable Preferred Stock(NYSE: NEW Pr B) DURING the Class Period specified in the complaint as follows:

| 9.75% Series B Cumulative Redeemable Preferred Stock | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share ($) |
|---|---|---|---|---|
|  | SEE ATTACHED |  |  |  |
|  |  |  |  |  |

These securities were acquired or held in (check all that apply):

☐ General (non-retirement account)    ☐ Merger/acquisition/distribution    ☐ Gift
☐ IRA    ☐ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of 9.75% Series B Cumulative Redeemable Preferred Stock(NYSE: NEW Pr B) during the 90-day period AFTER the Class Period:

**Sales (February 7, 2007 to 90 days later)**

| 9.75% Series B Cumulative Redeemable Preferred Stock | Quantity | Trade Date (mm/dd/yy) | Price per Share ($) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this ___10th___ day of ___April___, 2007

___Jay Peter Kaufman___ (signature)
Jay Peter Kaufman

**Schedule A**

<u>Jay Peter Kaufman TTEE Jay Peter Kaufman Revocable Trust
New Century Financial Corp. Preferred Series B 9.75%</u>

|  | DATE | SHARES | COST |
|---|---|---|---|
| **Purchase(s):** | | | |
| | 10/5/2006 | **1,200** | 25.2000 |
| | 10/5/2006 | **3,000** | 25.2500 |
| | 10/5/2006 | **5,000** | 25.2500 |
| | 11/1/2006 | **3,000** | 25.0500 |
| | 11/6/2006 | **800** | 25.2400 |
| | 11/6/2006 | **1,200** | 25.2800 |
| | 11/6/2006 | **3,500** | 25.3200 |
| | 11/6/2006 | **12,300** | 25.2500 |