# EXHIBIT B

**New Century Financial (Preferred Series B 9.75%)**

Class Period: 8/15/06–2/7/07  
Hold price: $7.5000

| PLAINTIFF | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| Jay Peter Kaufman TTEE Jay Peter Kaufman Revocable Trust | 10/05/06 | 1,200 | 25.0000 | 30,000.00 | | | | | | | (21,000.00) |
| | 10/05/06 | 3,000 | 25.0000 | 75,000.00 | | | | | | | (52,500.00) |
| | 10/05/06 | 5,000 | 25.0000 | 125,000.00 | | | | | | | (87,500.00) |
| | 11/01/06 | 3,000 | 25.0000 | 75,000.00 | | | | | | | (52,500.00) |
| | 11/06/06 | 800 | 25.0000 | 20,000.00 | | | | | | | (14,000.00) |
| | 11/06/06 | 1,200 | 25.0000 | 30,000.00 | | | | | | | (21,000.00) |
| | 11/06/06 | 3,500 | 25.0000 | 87,500.00 | | | | | | | (61,250.00) |
| | 11/06/06 | 12,300 | 25.0000 | 307,500.00 | | | | | | | (215,250.00) |
| Jay Peter Kaufman TTEE Jay Peter Kaufman Revocable Trust Total | | 30,000 | | 750,000.00 | | | | | 30,000 | 225,000.00 | (525,000.00) |

(1) Shares held through the date of this filing have been valued using the price of $7.5000 per share, the closing price per share on April 9, 2007.