# EXHIBIT D

April 10, 2007

   This document is intended to certify that I, Jay Peter Kaufman, have signed the required Certifications in the matters of *The Jay Peter Kaufman Revocable Trust, et al v. New Century Financial Corp., et al.* in my capacity as trustee of the Jay Peter Kaufman Revocable Trust.

_____
Jay Peter Kaufman
Trustee, the Jay Peter Kaufman Revocable Trust