UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
THE JAY PETER KAUFMAN REVOCABLE TRUST, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,
v.
NEW CENTURY FINANCIAL CORPORATION, ET. AL.,

**Defendant**

Case No. 07 CV 2903

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for THE JAY PETER KAUFMAN REVOCABLE TRUST (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 4/13/07

_____
**Signature of Attorney**

Attorney Bar Code: KB 4906

Form Rule7_1.pdf