**PZM 02/09 Roy Jacobs & Associates Files Class Action Lawsuit On Behalf of New Century Financial Corp. Investors- -NEW**

NEW YORK, Feb. 9, 2007 (PRIME NEWSWIRE) -- Roy Jacobs & Associates announces that it has filed a class action lawsuit in the United States District Court for the Central District of California on behalf of purchasers of the common stock and other securities of New Century Financial Corp. ("New Century" or the "Company") (NYSE:NEW) who purchased during the period from May 4, 2006 through February 7, 2007, inclusive (the "Class Period").

For further information you may call toll free, 1-800-347-1236, or contact counsel by e-mail by writing to jacobs@jacobsclasslaw.com

The complaint alleges that New Century and certain of its officers and directors violated the federal securities laws by making false and misleading statements and omissions concerning the Company's operations and financial results for the first three quarters of 2006. New Century, a mortgage finance company, makes substantial amounts of residential mortgage loans. It does not hold these loans but sells the loans to banks and investors. The purchasers can require New Century to repurchase loans which become troubled.

During the Class Period defendants knew but failed to reveal that New Century was being forced to buy-back substantially more loans than originally had been expected. Despite knowing of the surge in forced loan repurchases, the defendants failed to properly account for them. In addition, the Company failed to write-down the value of the loans reacquired, even though these troubled loans had materially declined in value.

Then on February 7, 2007 the Company shocked the market by announcing that it was going to restate its financial results for the first three quarters of 2006 because the Company had failed to account for all of the re-purchased loans, and had failed to properly reduce the value of the loans repurchased. The Company was forced to admit that its financial statements could no longer be relied upon.

As a result of this unexpected news, New Century shares dived to a 52-week low, dropping $10.92, a decline of over 36% on volume of 25 million shares.

If you purchased New Century stock or other securities during the Class Period, you may qualify to serve as Lead Plaintiff on behalf of the

Class, which consists of all persons and entities who purchased New Century stock or other securities from May 4, 2006 through February 7, 2007. You are not required to have sold your New Century stock or other securities in order to claim damages, or to serve in this role. All motions for appointment as Lead Plaintiff must be filed with the Court by April 10, 2007.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests with respect to this matter, please contact Roy L. Jacobs. Mr. Jacobs will personally speak with you at no cost or obligation. You may also join this action by visiting our website at www.jacobsclasslaw.com.

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca.

*T
-0- (PZM)
CONTACT:  Roy Jacobs & Associates
        Roy L. Jacobs, Esq.
        (800) 347-1236
        jacobs@jacobsclasslaw.com
        www.jacobsclasslaw.com.
*T


Provider ID: 00113477
-0- (PZM) Feb/09/2007 18:17 GMT

**PZM 02/09 The Pomerantz Firm Charges New Century Financial Corporation Wit**

*T

The Pomerantz Firm Charges New Century Financial Corporation
            With Securities Fraud -- NEW

*T

NEW YORK, Feb. 9, 2007 (PRIME NEWSWIRE) -- Pomerantz Haudek Block
Grossman & Gross LLP (www.pomerantzlaw.com) ("Pomerantz") has filed a
class action lawsuit in the United States District Court, Central
District of California, against New Century Financial Corporation ("New
Century" or the "Company") (NYSE:NEW) and certain officers, on behalf
of purchasers of the common stock of the Company during the period from
May 4, 2006 through February 7, 2007, inclusive (the "Class Period").
The complaint alleges violations of Section 10(b) and Section 20(a) of
the Securities Exchange Act, and Rule 10b-5 promulgated there under.

New Century is a real estate investment trust and mortgage finance
company with headquarters in Irvine, CA. The Company operates
nationwide through its mortgage origination subsidiaries, New Century
Finance Corporation and Home123 Corporation. The Complaint alleges that
Defendants materially overstated earnings, understated loan repurchases
losses, failed to establish a sufficient load repurchase loss reserve,
and violated Generally Accepted Accounting Principals ("GAAP") in
various press releases and quarterly reports filed with the SEC.

In particular, defendants: (1) failed to include the expected discount
upon disposition of loans when estimating allowances for loan
repurchase losses; and (2) refused to properly consider the increasing
volume of repurchase requests and thereby failed to apply the proper
methodology for estimating the volume of anticipated repurchase claims
for calculating the repurchase reserve calculation. On February 7, 2007
Defendants issued a press release admitting that they had failed to
properly apply GAAP, withdrawing reliance on the previously-filed 10-Q
quarterly reports for the first three quarters of 2006, and conceding
that they would have to materially restate New Century's financials to
reflect the proper accounting for loan repurchase losses.

If you are a shareholder who purchased the securities of New Century
during the Class Period, you have until April 10, 2007 to ask the Court
to appoint you as lead plaintiff for the class. Lead plaintiffs must
meet certain legal requirements. Shareholders outside the United States
may join the action, regardless of where they live or which exchange
was used to purchase the securities. If you wish to review a copy of
the Complaint, to discuss this action, or have any questions, please
contact Teresa L. Webb (tlwebb@pomlaw.com) or Carolyn S. Moskowitz

(csmoskowitz@pomlaw.com) of the Pomerantz Firm at 888.476.6529 (or 888.4-POMLAW), toll free. Those who inquire by e-mail are encouraged to include their mailing address and telephone number.

The Pomerantz Firm, which has offices in New York, Chicago and Washington, D.C., is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. For more information about the Firm, visit our web site at www.pomlaw.com.

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca

*T
-0- (PZM)
CONTACT:  Pomerantz Haudek Block Grossman & Gross LLP
        Teresa Webb
        (888) 476-6529
        (888) 4-POMLAW
        tlwebb@pomlaw.com
*T


Provider ID: 00113506
-0- (PZM) Feb/10/2007  3:38 GMT

**PZM 02/09 Scott+Scott, LLP Files Class Action Lawsuit Against New Century**

*T

    Scott+Scott, LLP Files Class Action Lawsuit Against New
    Century Financial Corp. On Behalf of Investors -- NEW

*T

COLCHESTER, Conn., Feb. 9, 2007 (PRIME NEWSWIRE) -- Today, Scott+Scott,
LLP, filed a class action against New Century Financial Corp. ("New
Century" or the "Company") (NYSE:NEW) and certain officers and
directors in the U.S. District Court for the Central District of
California. The action is on behalf of New Century common stock
purchasers during the period April 7, 2006 through February 7, 2007,
inclusive (the "Class Period"), for violations of the Securities
Exchange Act of 1934. The complaint alleges that defendants made false
and misleading statements and material omissions regarding the
Company's business and operations and that, as a result, the price of
the Company's securities was inflated during the Class Period, thereby
harming investors.

If you purchased New Century stock during the Class Period and wish to
serve as a lead plaintiff in the action, you must move the Court no
later than 60 days from today's date. Any member of the investor class
may move the Court to serve as lead plaintiff through counsel of its
choice, or may choose to do nothing and remain an absent class member.
If you wish to discuss this action or have questions concerning this
notice or your rights, please contact Scott+Scott
(scottlaw@scott-scott.com, 800/404-7770, 860/537-5537) or visit the
Scott+Scott website, www.scott-scott.com, for more information. There
is no cost or fee to you.

According to the complaint, during the Class Period, defendants made
false and misleading statements regarding the Company's quarterly
financial results and profits, in active concealment of the wayward
nature of their internal controls over accounting. Specifically,
plaintiff alleges that defendants actively concealed violations of
"generally accepted accounting principles" ("GAAP") and SEC rules in
order to conceal the true dimensions and adverse impact of rapidly
growing early-payment defaults and loan repurchases on the Company's
financial results.

According to the allegations, rather than disclose the truth of these
matters, defendants were upbeat in the assessment of the Company's
performance, stating that the Company was "on track" to meet profit
margin targets, that the Company's quarterly results were "particularly
impressive," and that "operating results were solid." The truth of

these matters was revealed on February 7, 2007, upon defendants' shocking announcement that the Company would restate its consolidated financial results for the quarters ended March 31, June 30 and September 30, 2006 to correct violations of GAAP regarding the Company's allowance for loan repurchase losses.

Defendants also admitted that they failed to properly consider, or to disclose to the investment community, for each of the first three quarters of 2006, the growing volume of repurchase claims outstanding that resulted from the increasing pace of repurchase requests that occurred in 2006.

The corrective nature of the Company's shocking press release of February 7, 2007 was immediate and overwhelming in its effect. On February 8, 2007, New Century's stock price plunged $10.92 or 36.2%, closing at $19.24 per share, on astounding and unprecedented volume of 25.2 million shares, a loss of over $605 million in total market value.

The plaintiff is represented by Scott+Scott, a firm with significant experience in prosecuting investor class actions. The firm dedicates itself to client communication and satisfaction and currently is litigating major securities, antitrust and employee retirement plan actions throughout the United States. The firm represents pension funds, charities, foundations, individuals and other entities worldwide.

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca/

\*T
-0- (PZM)
CONTACT:  Scott+Scott, LLP
        (800) 404-7770
        (860) 537-5537
        scottlaw@scott-scott.com
\*T


Provider ID: 00113490
-0- (PZM) Feb/09/2007 21:45 GMT

**BUS 02/09 Lerach Coughlin Stoia Geller Rudman & Robbins LLP Files Class**

Action Suit against New Century Financial Corporation

SAN DIEGO--(BUSINESS WIRE)--February 09, 2007
Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach
Coughlin") (http://www.lerachlaw.com/cases/newcentury/) today
announced that a class action has been commenced in the United States
District Court for the Central District of California on behalf of all
persons who purchased or otherwise acquired New Century Financial
Corporation ("New Century") (NYSE:NEW) common stock during the period
between April 7, 2006 and February 7, 2007 (the "Class Period").

   If you wish to serve as lead plaintiff, you must move the Court no
later than 60 days from today. If you wish to discuss this action or
have any questions concerning this notice or your rights or interests,
please contact plaintiffs' counsel, William Lerach or Darren Robbins
of Lerach Coughlin at 800/449-4900 or 619/231-1058, or via e-mail at
wsl@lerachlaw.com. If you are a member of this class, you can view a
copy of the complaint as filed or join this class action online at
http://www.lerachlaw.com/cases/newcentury/. Any member of the
purported class may move the Court to serve as lead plaintiff through
counsel of their choice, or may choose to do nothing and remain an
absent class member.

   The complaint charges New Century and certain of its officers and
directors with violations of the Securities Exchange Act of 1934. New
Century is a real estate investment trust that through its
subsidiaries operates mortgage finance companies.

   The complaint alleges that during the Class Period, defendants
issued materially false and misleading statements regarding the
Company's business and financial results and concealed the following
material adverse facts from the investing public: (a) the Company
lacked requisite internal controls, and, as a result, the Company's
projections and reported results issued during the Class Period were
based upon defective assumptions and/or manipulated facts; (b) the
Company's financial statements were materially misstated due to its
failure to properly account for its allowance for loan repurchase
losses; (c) the Company's financial statements were materially
misstated due to its failure to properly account for its residual
interests in securitizations by failing to timely write down the
impaired asset; (d) given the deterioration and the increased
volatility in the subprime market, the Company would be forced to
tighten its underwriting guidelines which would have a direct material

negative impact on its loan productions going forward; and (e) given
the increased volatility in the subprime market, the Company had no
reasonable basis to make projections about its ability to maintain its
current mortgage loan production levels for 2007. As a result of these
false statements, New Century stock traded at artificially inflated
prices during the Class Period, reaching a high of $51.22 per share on
April 28, 2006. Defendants took advantage of this inflation, selling
665,334 shares of their New Century stock for proceeds of over $26.6
million.

   Then, on February 7, 2007, after the market closed, New Century
announced that it will have to restate its consolidated financial
results for the first three quarters of 2006 to correct errors the
Company discovered in its application of generally accepted accounting
principles regarding the Company's allowance for loan repurchase
losses. On this news, New Century's stock collapsed $10.92 per share
to close at $19.24 per share on February 8, 2007, a one-day decline of
36%, on volume of 25 million shares, 17 times the average three month
volume.

   Plaintiffs seek to recover damages on behalf of all persons who
purchased or otherwise acquired New Century common stock during the
Class Period (the "Class"). The plaintiffs are represented by Lerach
Coughlin, which has expertise in prosecuting investor class actions
and extensive experience in actions involving financial fraud.

   Lerach Coughlin, a 180-lawyer firm with offices in San Diego, San
Francisco, Los Angeles, New York, Boca Raton, Washington, D.C.,
Houston, Philadelphia and Seattle, is active in major litigations
pending in federal and state courts throughout the United States and
has taken a leading role in many important actions on behalf of
defrauded investors, consumers, and companies, as well as victims of
human rights violations. Lerach Coughlin lawyers have been responsible
for more than $20 billion in aggregate recoveries. The Lerach Coughlin
Web site (http://www.lerachlaw.com) has more information about the
firm.

CONTACT:
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
William Lerach, 800-449-4900
wsl@lerachlaw.com

-0- (BUS) Feb/09/2007 23:39 GMT

**PRN 02/09 Abbey Spanier Rodd Abrams & Paradis, LLP Commences Class Action**

Securities Fraud Suit Against New Century Financial Corp. - NEW

NEW YORK, Feb. 9 /PRNewswire/ -- Pursuant to Section 21(D)(a)(A)(i) of the Securities Exchange Act of 1934 (the "Exchange Act"), Abbey Spanier Rodd Abrams & Paradis, LLP a prominent New York law firm specializing in securities litigation, hereby gives notice that it has filed a class action complaint in the United States District Court for the Central District of California (Case No. 07-00931) on behalf of a class (the "Class") of all persons who purchased or acquired securities of New Century Financial Corp. ("New Century Financial" or the "Company")(NYSE: NEW) between May 4, 2006 and February 7, 2007 (the "Class Period").

If you would like more information about this case please contact Nancy Kaboolian at Nkaboolian@abbeyspanier.com

The Complaint alleges that defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, by issuing a series of material misrepresentations during the Class Period thereby artificially inflating the price of New Century Financial securities. The Complaint alleges that the Company's May 4, 2006, July 10, 2006 and November 2, 2006 press releases and its Form 10-Qs for the quarters ending March 31, 2006, June 30, 2006 and September 30, 2006 were all materially false and misleading because the financial statements included in each document did not fairly present the financial condition, results or operations of the Company.  Defendants include New Century Financial, Brad A. Morrice (President and CEO), Taj S. Bindra (Executive VP and CFO), Robert K. Cole (Chairman from 1995 to December 2006) and Patti M. Dodge (CFO).

The complaint alleges that during the Class Period defendants knew but failed to reveal that New Century Financial was being forced to buy-back substantially more loans than originally had been expected.  Despite knowing of the surge in forced loan repurchases, the defendants failed to properly account for them.  In addition, the Company failed to write-down the value of the loans reacquired, even though these troubled loans had materially declined in value.

On February 7, 2007, New Century Financial shocked the market by announcing that it was going to restate its financial results for the first three quarters of 2006 because the Company had failed to account for all of the re-purchased loans, and had failed to properly reduce the value of the loans repurchased.  The Company was forced to admit that its financial statements for the quarters ending March 31, 2006, June 30, 2006 and September 30, 2006 could no longer be relied upon.  As a result of the February 7, 2007

revelations, New Century Financial shares slumped to a 52-week low, dropping $10.92, a decline of over 36% on volume of 25 million shares.

Plaintiff seeks to recover damages on behalf of all those who purchased or otherwise acquired New Century securities during the Class Period. If you purchased or otherwise acquired New Century securities during the Class Period, and either lost money on the transaction or still hold the securities, you may wish to join in the action to serve as lead plaintiff. If you purchased New Century securities during the Class Period, you may, no later than April 10, 2007 request that the Court appoint you as lead plaintiff.

A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiffs." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff.

Abbey Spanier Rodd Abrams & Paradis, LLP has been retained to represent the Class. The attorneys at Abbey Spanier Rodd Abrams & Paradis, LLP have extensive experience in securities class action cases, and have played lead roles in major cases resulting in the recovery of over one billion dollars for investors. If you would like to discuss this action or if you have any questions concerning this Notice or your rights as a potential class member or lead plaintiff, you may contact:

> Nancy Kaboolian, Esq. or Susan Lee
> Abbey Spanier Rodd Abrams & Paradis, LLP
> 212 East 39th Street
> New York, New York 10016
> (212) 889-3700
> (800) 889-3701 (Toll Free)
> Or e-mail slee@abbeyspanier.com

SOURCE  Abbey Spanier Rodd Abrams & Paradis, LLP

CONTACT:
Nancy Kaboolian, Esq. or Susan Lee of Abbey Spanier Rodd Abrams & Paradis, LLP, +1-212-889-3700, +1-800-889-3701 (Toll Free), or e-mail slee@abbeyspanier.com
-0- (PRN) Feb/09/2007 21:51 GMT

**MWR 02/09 Saxena White P.A. Files Shareholder Suit Against New Century**

Saxena White P.A. Files Shareholder Suit Against New Century
Financial Corporation

BOCA RATON, FL -- (MARKET WIRE) -- 02/09/07 --  On February 9, 2007,
Saxena White P.A. filed suit on behalf of shareholders against New
Century Financial Corporation  ("New Century" or the "Company") (NYSE:
NEW) in the United States District Court for the Central District of
California.

You can obtain a copy of the complaint from the Court by contacting
Saxena White P.A. through its website www.saxenawhite.com, by emailing
the attorneys who prepared the complaint at msaxena@saxenawhite.com or
jwhite@saxenawhite.com, or by calling (561) 394-3399.

The complaint seeks damages for violations of federal securities laws
on behalf of all investors who acquired New Century stock from May 4,
2006 through and including February 7, 2007 (the "Class Period").
Based in Irvine, California, the Company is a real estate investment
trust, providing mortgage products to borrowers nationwide through its
operating subsidiaries.  One of New Century's specializations is
providing loans to customers in the sub-prime, higher risk loan
market.

The lawsuit claims that New Century, its Chief Executive Officer,
Brad A. Morrice, its Chief Financial Officer, Patti M. Dodge, and its
Chairman and former Chief Executive Officer Robert Cole violated
Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by
issuing false and misleading statements to the investing public.
Specifically, the lawsuit alleges that throughout the Class Period,
defendants reported quarter after quarter of seemingly strong
financial results, despite a difficult operating environment in the
mortgage industry.  As a result, the stock traded as high as $51.22
per share during the Class Period.

On February 7, 2007, after the market closed, defendants shocked the
market by announcing that 2007 loan production would fall short of
expectations. The company said it now expects 2007 loan production to
be 20% below 2006 levels, in contrast to previous forecasts that it
would be flat, as the level of early-payment defaults and loan
repurchases have led to tighter underwriting guidelines. The company
also said it would restate results for the quarters ending March 31
through Sept. 30 to correct accounting errors related to loan
repurchase losses, and admitted to having material weaknesses in its
financial controls.  In response, the stock price dropped

dramatically, falling from over $30 per share on February 7, to slightly over $19 per share on February 8, 2007, on unusually high trading volumes of 25 million shares traded, vastly higher than the average trading volume of approximately 1.5 million shares.  In fact, the true magnitude of losses to investors is still unknown as the Company has yet to quantify the amount of the restatements.  However, before the truth concerning the Company's true financial condition was revealed, insiders, including defendant Cole and Edward Gotschall, a cofounder of the Company and Vice President of Finance, sold enormous quantities of their own stock, for proceeds of over $24 million.

If you acquired New Century securities from May 4, 2006 through February 7, 2007, you may wish to contact the following attorneys at Saxena White P.A. to discuss your rights and interests:
*T
Maya Saxena
msaxena@saxenawhite.com
or
Joseph White
jwhite@saxenawhite.com

Saxena White P.A.
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3382
www.saxenawhite.com
*T
If you wish to apply to be the lead plaintiff in this action, a motion on your behalf must be filed with the court no later than April 10, 2007. You may contact the attorneys at Saxena White P.A. to discuss your rights regarding the appointment of lead plaintiff and your interest in the class action. Please note that you may also retain counsel of your choice and need not take any action at this time to be a class member.

Saxena White P.A. has offices in Boca Raton, San Francisco, and Boston, and specializes in prosecuting securities fraud and complex class actions on behalf of institutions and individuals.  Currently serving as lead counsel in numerous securities fraud class actions nationwide, the firm has recovered millions of dollars on behalf of injured investors.

Contact:

Maya Saxena
Contact via http://www.marketwire.com/mw/emailprcntct?id=27EF94B593DB4B1A
or
Joseph White
Contact via http://www.marketwire.com/mw/emailprcntct?id=41574460C1D54A21


Saxena White P.A.
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: (561) 394-3399
Fax: (561) 394-3382
www.saxenawhite.com

Provider ID: 07213891
-0- (MWR) Feb/09/2007 22:31 GMT

**PZM 02/09 Ademi & O'Reilly, LLP Announces Filing of Class Action Lawsuit O**

*T
   Ademi & O'Reilly, LLP Announces Filing of Class Action
   Lawsuit On Behalf of New Century Financial Corp. Investors
*T
MILWAUKEE, Feb. 9, 2007 (PRIME NEWSWIRE) -- Ademi & O'Reilly, LLP
announces a class action lawsuit was filed in the United States
District Court for the Central District of California on behalf of
purchasers of the common stock and other securities of New Century
Financial Corp. ("New Century" or the "Company") (NYSE:NEW) who
purchased during the period from May 4, 2006 through February 7, 2007,
inclusive. Although we have not filed a complaint, we are investigating
the claims alleged and believe that purchasers before May 4, 2006 may
be covered.

If you wish to speak to us about your claims, please call Guri Ademi
toll-free at 866/264-3995 or e-mail me at gademi@ademilaw.com.

All motions for appointment as Lead Plaintiff must be filed with the
Court by April 10, 2007.

*T
-0- (PZM)
CONTACT:  Ademi & O'Reilly, LLP
          Guri Ademi
          (866) 264-3995
          gademi@ademilaw.com
*T


Provider ID: 00113481
-0- (PZM) Feb/09/2007 19:30 GMT

**PZM 02/09 Schatz Nobel Izard, P.C. Announces Class Action Lawsuit Against**

\*T
　　Schatz Nobel Izard, P.C. Announces Class Action Lawsuit
　　　　Against New Century Financial Corp. -- NEW
\*T
HARTFORD, Conn., Feb. 9, 2007 (PRIME NEWSWIRE) -- The law firm of
Schatz Nobel Izard, P.C., which has significant experience representing
investors in prosecuting claims of securities fraud, announces that a
lawsuit seeking class action status has been filed in the United States
District Court for the Central District of California on behalf of all
persons who purchased or otherwise acquired the publicly traded
securities of New Century Financial Corp. ("New Century" or the
"Company") (NYSE:NEW) between May 4, 2006 through February 7, 2007,
inclusive, (the "Class Period").

The Complaint alleges that New Century and certain of its officers and
directors violated Federal Securities laws. Specifically, defendants
made false and misleading statements and concerning the Company's
operations and financial results for the first three quarters of 2006.
New Century is a mortgage finance company that makes a substantial
number of residential mortgage loans. It does not hold these loans but
sells the loans to banks and investors. The purchasers can require New
Century to repurchase loans which become troubled.

During the Class Period defendants failed to disclose that New Century
was being forced to buy-back substantially more loans than originally
had been expected. Despite knowing of the surge in forced loan
repurchases, the defendants failed to properly account for them. On
February 7, 2007, New Century announced that it was going to restate
its financial results for the first three quarters of 2006 because the
Company had failed to account for all of the re-purchased loans, and
had failed to properly reduce the value of the loans repurchased. The
Company was forced to admit that its financial statements could no
longer be relied upon. On this news, New Century shares fell $10.92, a
decline of over 36%, to close at $19.24.

If you are a member of the class, you may, no later than April 10,
2007, request that the Court appoint you as lead plaintiff of the
class. A lead plaintiff is a class member that acts on behalf of other
class members in directing the litigation. Although your ability to
share in any recovery is not affected by the decision whether or not to
seek appointment as a lead plaintiff, lead plaintiffs make important
decisions which could affect the overall recovery for class members,
including decisions concerning settlement. The securities laws require

the Court to consider the class member(s) with the largest financial interest as presumptively the most adequate lead plaintiff(s).

While Schatz Nobel Izard, P.C. has not filed a lawsuit against the defendants, to view a copy of the Complaint initiating the class action or for more information about the case, class action cases in general, and your rights, please contact Schatz Nobel Izard, P.C. toll-free at (800) 797-5499, or by e-mail at firm@snlaw.net, or visit our website: www.snlaw.net.

*T
-0- (PZM)
CONTACT:  Schatz Nobel Izard, P.C.
          Wayne T. Boulton or Nancy A. Kulesa
          (800) 797-5499
          www.snlaw.net
          firm@snlaw.net
*T


Provider ID: 00113482
-0- (PZM) Feb/09/2007 20:28 GMT

**BUS 02/09 The Law Firm of Goldman Scarlato & Karon, P.C. Announces Class**

Action Lawsuit Against New Century Financial Corp.

CONSHOHOCKEN, Pa.--(BUSINESS WIRE)--February 09, 2007 Goldman Scarlato & Karon, P.C., a law firm with offices in Pennsylvania and Ohio, announces that a lawsuit has been filed in the United States District Court for the Central District of California, on behalf of persons who purchased or otherwise acquired publicly traded securities of New Century Financial Corp. ("New Century" or the "Company") (NYSE:NEW) between May 4, 2006 and February 7, 2007, inclusive, (the "Class Period"). The lawsuit was filed against New Century and certain officers and directors ("Defendants").

If you are a member of this class and wish to view a copy of a complaint and join this class action, please e-mail us at info@gsk-law.com and request a copy of the complaint and a plaintiff certification. If you are a member of the Class, you may move the Court no later than April 10, 2007 to serve as a lead plaintiff for the Class. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Specifically, the complaint alleges that Defendants knew but failed to reveal that the Company was being forced to buy-back substantially more loans than originally expected. Despite its awareness of the surge in forced loan repurchases, the Company failed to properly account for them. Moreover, the Company failed to write-down the value of the loans that were reacquired, even though these troubled loans had materially declined in value.

According to the complaint, on February 7, 2007, New Century indicated that it would restate its financial results for the first three quarters of 2006 because it had failed to account for all of the repurchased loans, and had failed to reduce the value of the repurchased loans. In reaction to the news, shares of New Century dropped $10.92 per share, a one-day decline of over 36%.

If you bought New Century securities between May 4, 2006 and February 7, 2007, inclusive, and would like to obtain information about the lawsuit, then you are invited to call (888) 668-4130 to speak with an advisor.

CONTACT:
The Law Firm of Goldman Scarlato & Karon, P.C.


Brian Penny, Esq., 888-668-4130

-0- (BUS) Feb/09/2007 21:12 GMT

**MWR 02/09 Law Offices of Brodsky & Smith, LLC Announces Class Action**

Law Offices of Brodsky & Smith, LLC Announces Class Action Lawsuit
Against New Century Financial Corp.

BALA CYNWYD, PA -- (MARKET WIRE) -- 02/09/07 -- Law offices of
Brodsky & Smith, LLC announces that a securities class action lawsuit
has been filed on behalf of shareholders who purchased the common
stock and other securities of New Century Financial Corp. (NYSE: NEW)
("New Century" or the "Company") between May 4, 2006 through February
7, 2007, inclusive (the "Class Period"). The class action lawsuit
was filed in the United States District Court for the Central
District of California.

The Complaint alleges that defendants violated federal securities
laws by issuing a series of material misrepresentations to the
market, thereby artificially inflating the price of New Century.

No class has yet been certified in the above action. Until a class
is certified, you are not represented by counsel unless you retain
one. If you purchased this stock during the above referenced class
period you have certain rights. To be a member of the class you need
not take any action at this time, and you may retain counsel of your
choice. If you want to discuss your legal rights, you may e-mail or
call the law office of Brodsky & Smith, LLC who will, without
obligation or cost to you, attempt to answer your questions. You may
contact Evan J. Smith, Esquire or Marc L. Ackerman, Esquire at
Brodsky & Smith, LLC, Two Bala Plaza, Suite 602, Bala Cynwyd, PA
19004, by e-mail at clients@brodsky-smith.com, or by calling toll
free 877-LEGAL-90.

Contact:
Evan J. Smith, Esquire
Marc L. Ackerman, Esquire
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Contact via http://www.marketwire.com/mw/emailprcntct?id=DC6B376137FE6C96
toll free 877-LEGAL-90

Provider ID: 07213859
-0- (MWR) Feb/09/2007 21:37 GMT

**MWR 02/10 KGS Announces Filing of Shareholder Securities Fraud Class**

KGS Announces Filing of Shareholder Securities Fraud Class Action
Lawsuit Against New Century Financial Corp. -- (NYSE: NEW)

NEW ORLEANS, LA -- (MARKET WIRE) -- 02/10/07 -- Kahn Gauthier Swick,
LLC ("KGS") announces that shareholders of New Century Financial
Corp. ("New Century") (NYSE: NEW) who purchased shares during the
period between April 7, 2006 and February 7, 2007 (the "Class
Period"), may now move for appointment as lead plaintiff in a
securities fraud class action lawsuit currently pending in the United
States District Court for the Central District of California. No
class has yet been certified in this action.

UNTIL A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED
BY
COUNSEL UNLESS YOU RETAIN AN ATTORNEY.

If you purchased shares of New Century between April 7, 2006 and
February 7, 2007, you are urged to contact Lewis Kahn, Managing
Partner, KGS, toll free 1-866-467-1400, ext. 106, via cell phone at
504-301-7900, or by email at lewis.kahn@kgscounsel.com to learn about
your legal rights and how this action may benefit you. For further
information on KGS, please visit www.kgscounsel.com.

New Century and certain of its officers and directors are charged
with issuing a series of materially false and misleading statements in
violation of Section 10(b) and 20(a) of the Exchange Act and Rule
10b-5 promulgated thereunder.  Particularly, late on February 7,
2007, New Century announced that it will have to restate its
consolidated financial results for the first three quarters of 2006
to correct errors the Company discovered in its application of
generally accepted accounting principles regarding the Company's
allowance for loan repurchase losses.

As a result of this shocking news, New Century's stock collapsed
$10.92 per share to close at $19.24 per share on February 8, 2007, a
one-day decline of 36%, on volume of 25 million shares, 17 times the
average three month volume.

If you wish to serve as lead plaintiff in this case, you must move
the Court no later than April 10, 2007. Any member of the purported
class may move the Court to serve as lead plaintiff through counsel
of their choice, or may choose to do nothing and remain an absent
class member. If you would like to discuss your legal rights, you may
e-mail or call KGS, without obligation or cost to you. You may

contact Managing Partner Lewis Kahn of KGS direct, toll free
1-866-467-1400, ext. 106, or by email at lewis.kahn@kgscounsel.com.
KGS focuses its practice on securities fraud litigation, and the
firm's lawyers have significant experience working on securities
fraud cases that have resulted in significant recoveries for
shareholders. For more information on KGS, please visit
www.kgscounsel.com.

SPECIAL NOTICE: Multiple law firms often file the same class action.
However, courts will generally appoint only one of these firms to
prosecute a securities fraud action on behalf of the shareholders
based upon the amount of losses its "lead plaintiffs" have suffered.
Accordingly, while KGS urges you to sign up with the firm, KGS also
encourages you to carefully evaluate any other firm that may be
competing with KGS to prosecute the New Century class action, should
you be considering another firm. Critical components of a law firm's
ability to successfully prosecute this action and obtain a strong
recovery for you include the resources it will dedicate to
prosecution of the case, including the number of lawyers the firm has
available for the New Century action, AND the quality of the firm's
work. Interested shareholders are encouraged to call for consultation
and to request more information about KGS.


Contact:

Lewis Kahn
KGS
1-866-467-1400, ext. 106
email: lewis.kahn@kgscounsel.com

Provider ID: 07214024
-0- (MWR) Feb/10/2007 18:37 GMT

**MWR 02/12 Shareholder Class Action Filed Against New Century Financial**

Shareholder Class Action Filed Against New Century Financial
Corporation by the Law Firm of Schiffrin Barroway Topaz & Kessler,
LLP

RADNOR, PA -- (MARKET WIRE) -- 02/12/07 --  The following statement
was issued today by the law firm of Schiffrin Barroway Topaz &
Kessler, LLP:

Notice is hereby given that a class action lawsuit was filed in the
United States District Court for the Central District of California on
behalf of all common stock purchasers of New Century Financial
Corporation (NYSE: NEW) ("New Century" or the "Company") from April
7, 2006 and February 7, 2007, inclusive (the "Class Period").

If you wish to discuss this action or have any questions concerning
this notice or your rights or interests with respect to these matters,
please contact Schiffrin Barroway Topaz & Kessler, LLP (Darren J.
Check, Esq. or Richard A. Maniskas, Esq.) toll free at 1-888-299-7706
or 1-610-667-7706, or via e-mail at info@sbtklaw.com.

The Complaint charges New Century and certain of its officers and
directors with violations of the Securities Exchange Act of 1934.
More specifically, the Complaint alleges that the Company failed to
disclose and misrepresented the following material adverse facts
which were known to defendants or recklessly disregarded by them:
(1) that New Century was under-reserving for loan losses as
conditions in the sub-prime industry deteriorated; (2) that the
Company failed to take timely writedowns for residual interests in
securitizations; (3) that New Century failed to properly account for
its allowances for early-payment defaults and loan repurchase losses;
(4) that the Company lacked adequate internal and financial controls;
(5) that  New Century's financial statements were not prepared in
accordance with Generally Accepted Accounting Principals ("GAAP");
(6) that the Company's statements about its financial well-being and
future business prospects were lacking in any reasonable basis when
made; and (7) that, as a result of the foregoing, New Century's
financial statements were materially false and misleading at all
relevant times.

On February 7, 2007, after the market had closed for the day, New
Century shocked investors when it announced that it would have to
restate its 2006 financial statements, since they were not prepared
in accordance with GAAP.

On this news, shares of the Company's stock declined $10.92 per share, or 36 percent, to close on February 8, 2007 at $19.24 per share, on unusually heavy trading volume. By February 9, 2007, shares of New Century had lost nearly 42 percent of their value on this news.

Plaintiff seeks to recover damages on behalf of class members and is represented by the law firm of Schiffrin Barroway Topaz & Kessler which prosecutes class actions in both state and federal courts throughout the country. Schiffrin Barroway Topaz & Kessler is a driving force behind corporate governance reform, and has recovered billions of dollars on behalf of institutional and individual investors from the United States and around the world.

For more information about Schiffrin Barroway Topaz & Kessler or to sign up to participate in this action online, please visit http://www.sbtklaw.com

If you are a member of the class described above, you may, not later than April 10, 2007, move the Court to serve as lead plaintiff of the class, if you so choose. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Schiffrin, Barroway, Topaz and Kessler or other counsel of your choice, to serve as your counsel in this action.

CONTACT:
Schiffrin Barroway Topaz & Kessler, LLP
Darren J. Check, Esq.
Richard A. Maniskas, Esq.
280 King of Prussia Road
Radnor, PA 19087
1-888-299-7706 (toll free)
1-610-667-7706
e-mail at Contact via
http://www.marketwire.com/mw/emailprcntct?id=951BB04EBEE19E93

Provider ID: 07214620
-0- (MWR) Feb/13/2007  1:30 GMT

**BUS 02/12 Lovell Stewart Halebian LLP Files Class Action Lawsuit On**

Behalf of New Century Financial Corp. Investors

NEW YORK--(BUSINESS WIRE)--February 12, 2007
Lovell Stewart Halebian LLP announces that it has filed a class
action lawsuit in the United States District Court for the Central
District of California on behalf of purchasers of the common stock and
other securities of New Century Financial Corporation. (``New
Century'' or the ``Company'') (NYSE:NEW) who purchased during the
period from May 4, 2006 through February 7, 2007, inclusive (the
``Class Period'').

   For further information you may call 1-212-608-1900 (Kenneth
Smith, paralegal), or contact counsel by e-mail by writing to
jhalebian@lshllp.com or fgerkens@lshllp.com.

   The complaint alleges that New Century and certain of its officers
and directors violated the federal securities laws by making false and
misleading statements and omissions concerning the Company's
operations and financial results for the first three quarters of 2006.
New Century, a mortgage finance company, makes substantial amounts of
residential mortgage loans. It does not hold these loans but sells the
loans to banks and investors. The purchasers can require New Century
to repurchase loans which become troubled.

   During the Class Period defendants knew but failed to reveal that
New Century was being forced to buy-back substantially more loans than
originally had been expected. Despite knowing of the surge in forced
loan repurchases, the defendants failed to properly account for them.
In addition, the Company failed to write-down the value of the loans
reacquired, even though these troubled loans had materially declined
in value.

   Then on February 7, 2007 the Company shocked the market by
announcing that it was going to restate its financial results for the
first three quarters of 2006 because the Company had failed to account
for all of the re-purchased loans, and had failed to properly reduce
the value of the loans repurchased. The Company was forced to admit
that its financial statements could no longer be relied upon.

   As a result of this unexpected news, New Century shares dived to a
52-week low, dropping $10.92, a decline of over 36% on volume of 25
million shares.

   If you purchased New Century stock or other securities during the

Class Period, you may qualify to serve as Lead Plaintiff on behalf of the Class, which consists of all persons and entities who purchased New Century stock or other securities from May 4, 2006 through February 7, 2007. You are not required to have sold your New Century stock or other securities in order to claim damages, or to serve in this role. All motions for appointment as Lead Plaintiff must be filed with the Court by April 10, 2007.

   If you wish to discuss this action or have any questions concerning this notice or your rights or interests with respect to this matter, please contact Fred Gerkens or John Halebian. They will personally speak with you at no cost or obligation. More information on this and other class actions can be found on Lovell Stewart Halebian LLP's website at http://www.lshllp.com.

CONTACT:
Lovell Stewart Halebian LLP
John Halebian, 212-608-1900
jhalebian@lshllp.com
www.lshllp.com

-0- (BUS) Feb/12/2007 23:11 GMT

**MWR 02/12 The Paskowitz Law Firm Files Class Action Lawsuit on Behalf of**

The Paskowitz Law Firm Files Class Action Lawsuit on Behalf of New
Century Financial Corp. Investors

NEW YORK, NY -- (MARKET WIRE) -- 02/12/07 --  The Paskowitz Law Firm
announces that it has filed a class action lawsuit in the United
States District Court for the Central District of California on
behalf of purchasers of the common stock and other securities of New
Century Financial Corp. ("New Century" or the "Company") (NYSE: NEW)
who purchased during the period from May 4, 2006 through February 7,
2007, inclusive (the "Class Period").

For further information you may call toll free, 1-800-705-9529, or
contact counsel by e-mail by writing to lpaskowitz@pasklaw.com.

The complaint alleges that New Century and certain of its officers
and directors violated the federal securities laws by making false and
misleading statements and omissions concerning the Company's
operations and financial results for the first three quarters of
2006.  New Century, a mortgage finance company, makes substantial
amounts of residential mortgage loans.  It does not hold these loans
but sells the loans to banks and investors. The purchasers can
require New Century to repurchase loans which become troubled.

Then on February 7, 2007 the Company shocked the market by announcing
that it was going to restate its financial results for the first three
quarters of 2006 because the Company had failed to account for all of
the re-purchased loans, and had failed to properly reduce the value of
the loans repurchased.  The Company was forced to admit that its
financial statements could no longer be relied upon.

As a result of this unexpected news, New Century shares slumped to a
52-week low, dropping $10.92, a decline of over 36% on volume of 25
million shares.

If you purchased New Century stock or other securities during the
Class Period, you may qualify to serve as Lead Plaintiff on behalf of
the Class, which consists of all persons and entities who purchased
New Century stock or other securities from May 4, 2006 through
February 7, 2007. You are not required to have sold your New Century
stock or other securities in order to claim damages, or to serve in
this role. All motions for appointment as Lead Plaintiff must be
filed with the Court by April 10, 2007.

If you wish to discuss this action or have any questions concerning

this notice or your rights or interests with respect to this matter, please contact Laurence Paskowitz.  Mr. Paskowitz will personally speak with you at no cost or obligation.

Contact:
The Paskowitz Law Firm, P.C.
Laurence Paskowitz, Esq.
Toll free: 1-800-705-9529
Email: Contact via
http://www.marketwire.com/mw/emailprcntct?id=4DFAA450AC572B2B

Provider ID: 07214530
-0- (MWR) Feb/12/2007 21:15 GMT

**MWR 02/13 Kaplan Fox Seeks to Recover Losses for Investors Who Purchased**

Kaplan Fox Seeks to Recover Losses for Investors Who Purchased
Publicly Traded Securities of New Century Financial Corporation

NEW YORK, NY -- (MARKET WIRE) -- 02/13/07 --  Yesterday, Kaplan Fox &
Kilsheimer LLP (www.kaplanfox.com) filed a class action suit in the
United States District Court for the Central District of California
against New Century Financial Corporation ("NEW" or the "Company")
(NYSE: NEW) and certain of its officers and directors, on behalf of
all persons or entities who purchased the publicly traded securities
of NEW between May 4, 2006 and February 7, 2007, inclusive (the
"Class Period").

The Complaint alleges that during the Class Period, defendants
violated Sections 10(b) and 20(a) of the Securities Exchange Act of
1934 by publicly issuing a series of false and misleading statements
regarding the Company's business and financial results, thus causing
NEW's publicly traded securities to trade at artificially inflated
prices.  In particular, the Complaint alleges that, unknown to
investors, during the Class Period, defendants knew or recklessly
disregarded: (i) that NEW was repurchasing substantially more loans
than originally had been expected because of borrower defaults; (ii)
in violation of generally accepted accounting principles, defendants
failed to properly account for the loans by failing to take adequate
reserves for loans that it would be forced to repurchase; and (iii)
that the Company's internal controls were woefully inadequate,
especially in light of the Company's recent growth.

The Complaint further alleges that on February 7, 2007, after the
close of trading, NEW disclosed, among other things, that it would
restate its financial statements for the quarters ended March 31,
June 30 and September 30, 2006 "to correct errors the company
discovered in its application of generally accepted accounting
principles regarding the company's allowance for loan repurchase
losses."  Further, the Company stated that, once restated, its net
earnings for each of the first three quarters of 2006 will be
reduced.  The Company also disclosed that its previously filed
condensed consolidated financial statements for the quarters ended
March 31, June 30 and September 30, 2006 and all earnings-related
press releases for those periods "should no longer be relied upon"
and that the Company "expects that the errors leading to these
restatements constitute material weaknesses in its internal control
over financial reporting for the year ended December 31, 2006."

On February 8, 2007, in reaction to NEW's surprising disclosure, its

shares declined from $30.16 per share at the close of trading on
February 7, 2007, to close at $19.24 per share, a decline of $10.92
per share or approximately 36%, on unusually heavy volume.

The Complaint also alleges that certain individual Defendants sold
approximately 164,000 NEW shares at artificially inflated prices for
proceeds of approximately $7.3 million.

If you are a member of the proposed Class, you may move the court no
later than April 10, 2007 to serve as a lead plaintiff for the Class.
You need not seek to become a lead plaintiff in order to share in any
possible recovery.

Plaintiff seeks to recover damages on behalf of the Class and is
represented by Kaplan Fox & Kilsheimer LLP.  Our firm, with offices
in New York, San Francisco, Los Angeles, Chicago and New Jersey, has
many years of experience in prosecuting investor class actions and
actions involving financial fraud. For more information about Kaplan
Fox & Kilsheimer LLP, or to review a copy of the complaint filed in
this action, you may visit our website at www.kaplanfox.com.

If you have any questions about this Notice, the action, your rights, or
your interests, please e-mail us at Contact via
http://www.marketwire.com/mw/emailprcntct?id=28F95ECF0CD36B6D or contact:

Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, New York  10022
(800) 290-1952
(212) 687-1980
Fax: (212) 687-7714
E-mail address: Contact via
http://www.marketwire.com/mw/emailprcntct?id=04FD769434BA5D22

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, California  94111
(415) 772-4700
Fax:  (415) 772-4707
E-mail address: Contact via
http://www.marketwire.com/mw/emailprcntct?id=880D8CE2FADEF69B

Provider ID: 07214899
-0- (MWR) Feb/13/2007 15:36 GMT

**PZM 02/13 Class Action Lawsuit Filed On Behalf of New Century Financial Co**

*T

  Class Action Lawsuit Filed On Behalf of New Century Financial
  Corp. Investors By The Law Firm of Harwood Feffer LLP -- NEW

*T

NEW YORK, Feb. 13, 2007 (PRIME NEWSWIRE) -- Harwood Feffer LLP
announces that it has filed a class action lawsuit in the United States
District Court for the Central District of California on behalf of
purchasers of the common stock and other securities of New Century
Financial Corp. ("New Century" or the "Company") (NYSE:NEW) who
purchased during the period from May 4, 2006 through February 7, 2007,
inclusive (the "Class Period").

A copy of the complaint may be obtained by visiting the Harwood Feffer
website at http://www.hfesq.com

The complaint alleges that New Century and certain of its officers and
directors violated the federal securities laws by making false and
misleading statements and omissions concerning the Company's operations
and financial results for the first three quarters of 2006. New
Century, a mortgage finance company, makes substantial amounts of
residential mortgage loans. It does not hold these loans but sells the
loans to banks and investors. The purchasers can require New Century to
repurchase loans which become troubled.

During the Class Period, defendants knew but failed to reveal that New
Century was being forced to buy-back substantially more loans than
originally had been expected. Despite knowing of the surge in forced
loan repurchases, the defendants failed to properly account for them.
In addition, the Company failed to write-down the value of the loans
reacquired, even though these troubled loans had materially declined in
value.

Then on February 7, 2007 the Company shocked the market by announcing
that it was going to restate its financial results for the first three
quarters of 2006 because the Company had failed to account for all of
the re-purchased loans, and had failed to properly reduce the value of
the loans repurchased. The Company was forced to admit that its
financial statements could no longer be relied upon.

As a result of this unexpected news, New Century shares dived to a
52-week low, dropping $10.92, a decline of over 36% on volume of 25
million shares. However, insiders sold over 550,000 shares of stock
well above this price during the Class Period.

If you purchased New Century stock or other securities during the Class Period, you may qualify to serve as Lead Plaintiff on behalf of the Class, which consists of all persons and entities who purchased New Century stock or other securities from May 4, 2006 through February 7, 2007. You are not required to have sold your New Century stock or other securities in order to claim damages, or to serve in this role. All motions for appointment as Lead Plaintiff must be filed with the Court by April 10, 2007.

Harwood Feffer has taken a leading role in many important actions on behalf of defrauded shareholders, employee investors and consumers and is responsible for hundreds of millions of dollars in recoveries. The Harwood Feffer website contains detailed information regarding this matter and additional information about the firm. If you wish to discuss this action with us, or have any questions concerning this notice or your rights and interests with regards to the case, please contact:

*T
 Craig Lowther (clowther@hfesq.com)
 Harwood Feffer LLP
 Shareholder Relations Dept.
 488 Madison Avenue, 8th Floor
 New York, New York 10022
 Toll Free Telephone: (877) 935-7400
 http://www.hfesq.com
*T
*T
-0- (PZM)
CONTACT:   Harwood Feffer LLP
        (877) 935-7400
*T


Provider ID: 00113702
-0- (PZM) Feb/13/2007 21:47 GMT

**MWR 02/13 Cauley Bowman Carney & Williams, PLLC Announces That a**

Cauley Bowman Carney & Williams, PLLC Announces That a Securities Class Action Lawsuit Has Been Filed Against New Century Financial Corp.

LITTLE ROCK, AR -- (MARKET WIRE) -- 02/13/07 --  On February 9, 2007, a class action lawsuit was filed in the United States District Court for the Central District of California against New Century Financial Corp. (NYSE: NEW).  The complaint alleges violations of federal securities laws, Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, including allegations of issuing a series of material misrepresentations to the market which had the effect of artificially inflating the market price.  The class period is from 4/7/2006 - 2/7/2007.

Plaintiff seeks to recover damages on behalf of the Class.  If you acquired the securities of New Century Financial Corp., you may move the Court no later than Tuesday, April 10, 2007, to serve as a lead plaintiff for the Class.  However, in order to do so, you must meet certain legal requirements pursuant to the Private Securities Litigation Reform Act of 1995.

Cauley Bowman is a national law firm that represents investors and consumers in class action and corporate governance litigation.  It is one of the country's premier firms in the area of securities fraud, with in-house finance and forensic accounting specialists and extensive trial experience.

If you have any questions about how you may be able to recover for your losses, whether you purchased stock, bonds, preferred stock or options, or if you would like to consider serving as one of the lead plaintiffs in this lawsuit, you are encouraged to call or e-mail the Firm or visit the Firm's website at www.cauleybowman.com.

Contact:
S. Gene Cauley
CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
11311 Arcade Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 72221-5438
501-312-8500

Provider ID: 07215249
-0- (MWR) Feb/14/2007  0:07 GMT

**MWR 02/13 Brower Piven Announces Class Action Lawsuit Against New Century**

Brower Piven Announces Class Action Lawsuit Against New Century
Financial Corporation

BALTIMORE, MD -- (MARKET WIRE) -- 02/13/07 --  The law firm of Brower
Piven, A Professional Corporation, today announced that a securities
class action was commenced on behalf of shareholders who purchased or
otherwise acquired the common stock of New Century Financial
Corporation (NYSE: NEW) between April 7, 2006 and February 7, 2007,
inclusive (the "Class Period").

The case is pending in the United States District Court for the
Central District of California against defendant New Century and one
or more of its officers and/or directors.  The action charges that
defendants violated federal securities laws by issuing a series of
materially false and misleading statements to the market throughout
the Class Period, which statements had the effect of artificially
inflating the market price of the Company's securities.

No class has yet been certified in the above action.  If you are a
member of the proposed class, you may retain counsel of your choice,
and you may move the court no later than April 10, 2007 to serve as a
lead plaintiff for the proposed class.  In order to serve as a lead
plaintiff, you must meet certain legal requirements.  To be a member
of the proposed class you need not take any action at this time.

If you acquired shares (or purchased call options or sold put
options) of New Century Financial Corporation during the Class Period
indicated and want to discuss your legal rights, you may e-mail or
call Brower Piven, who will, without obligation or cost to you,
attempt to answer your questions. David Brower and Charles Piven have
combined experience in securities and class action litigation of over
40 years.  You may contact Brower Piven at The World Trade
Center-Baltimore, 401 East Pratt Street, Suite 2525, Baltimore,
Maryland 21202, by email at hoffman@browerpiven.com or by calling
410/986-0036.

CONTACT:
Brower Piven
A Professional Corporation
Baltimore, Maryland
Charles J. Piven
410/986-0036
Contact via http://www.marketwire.com/mw/emailprcntct?id=C4260BA455650330

Provider ID: 07215133
-0- (MWR) Feb/13/2007 21:03 GMT

**BUS 02/13 Spector, Roseman & Kodroff, P.C. Announces Class Action Lawsuit**

Against New Century Financial Corporation

PHILADELPHIA--(BUSINESS WIRE)--February 13, 2007
The law firm of Spector, Roseman & Kodroff, P.C. announces that a
securities class action lawsuit was commenced in the United States
District Court for the Central District of California, on behalf of
purchasers of the common stock of New Century Financial Corporation
("New Century" or the "Company") (NYSE:NEW) between April 7, 2006
through and including February 7, 2007, inclusive (the "Class
Period").

   The Complaint alleges that the defendants violated Section 10b-5
of the Securities Exchange Act of 1934 by issuing materially false and
misleading statements contained in press releases and filings with the
Securities and Exchange Commission during the Class Period.
Specifically, the Complaint alleges that during the Class Period,
defendants issued materially false and misleading statements regarding
the Company's business and financial results and concealed that, among
other things, the Company's financial statements were materially
misstated due to its failure to properly account for its allowance for
loan repurchase losses and its failure to properly account for its
residual interests in securitizations by failing to timely write down
the impaired asset. As a result of these false statements, New Century
stock traded at artificially inflated prices during the Class Period,
reaching a high of $51.22 per share on April 28, 2006. Defendants took
advantage of this inflation, selling 665,334 shares of their New
Century stock for proceeds of over $26.6 million.

   On February 7, 2007, New Century announced that it will have to
restate its financial results for the first three quarters of 2006
regarding the Company's allowance for loan repurchase losses. As a
result of this announcement, on February 8, 2007, the Company's stock
fell $10.92 per share to close at $19.24 per share on.

   If you purchased New Century securities during the Class Period,
you may, no later than April 10, 2007, move to be appointed as a Lead
Plaintiff in this class action. A Lead Plaintiff is a representative,
chosen by the Court, that acts on behalf of other class members in
directing the litigation. The Private Securities Litigation Reform Act
of 1995 directs Courts to assume that the class member(s) with the
"largest financial interest" in the outcome of the case will best
serve the class in this capacity. Courts have discretion in
determining which class member(s) have the "largest financial
interest," and have appointed Lead Plaintiffs with substantial losses

in both absolute terms and as a percentage of their net worth.

If you have sustained substantial losses in New Century securities during the Class Period, please contact Spector, Roseman & Kodroff, P.C. at classaction@srk-law.com for a more thorough explanation of the Lead Plaintiff selection process. If you have relatively small losses, your ability to participate in any recovery will be protected by the Lead Plaintiff(s), and you need take no affirmative steps at this time.

   If you wish to join this action, please visit http://www.srk-law.com/dbjoinaclassaction.asp. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel Robert M. Roseman toll-free at 888-844-5862 or via e-mail at classaction@srk-law.com. For more detailed information about the firm please visit its website at http://www.srk-law.com.

   Spector, Roseman & Kodroff, P.C., located in Philadelphia, Pennsylvania, concentrates its practice in complex litigation including actions dealing with securities laws, antitrust, contract and commercial claims. The firm is active in major litigation pending in federal and state courts throughout the United States. The firm's reputation for excellence has been recognized on repeated occasions by courts which have appointed the firm as lead counsel in numerous major class actions involving violations of the federal securities laws and the federal antitrust laws, and consumer fraud. As a result of the efforts of the firm, and its members, hundreds of millions of dollars have been recovered through judgments and settlements on behalf of thousands of defrauded shareholders and companies.


CONTACT:
Spector, Roseman & Kodroff, P.C., Philadelphia
Robert M. Roseman, 888-844-5862

-0- (BUS) Feb/13/2007 18:00 GMT

**PRN 02/16 Klafter & Olsen LLP Announces That It has Filed a Class Action**

Lawsuit Against New Century Financial Corp.

   WASHINGTON, Feb. 16 /PRNewswire/ -- Klafter & Olsen LLP announces that it
has filed a class action lawsuit in the United States District Court for the
Central District of California on behalf of purchasers of the common stock and
other securities of New Century Financial Corp. ("New Century" or the
"Company") (NYSE: NEW) who purchased during the period from May 4, 2006
through February 7, 2007, inclusive (the "Class Period").

   The claims against New Century and certain of its officers and directors
allege that the defendants violated the federal securities laws by making
false and misleading statements and omissions concerning the Company's
operations and financial results for the first three quarters of 2006. New
Century, a mortgage finance company, makes substantial amounts of residential
mortgage loans. It does not hold these loans but sells the loans to banks and
investors. The purchasers can require New Century to repurchase loans which
become troubled.

   On February 7, 2007 the Company shocked the market by announcing that it
was going to restate its financial results for the first three quarters of
2006 because the Company had failed to account for all of the re-purchased
loans, and had failed to properly reduce the value of the loans repurchased.
The Company was forced to admit that its financial statements could no longer
be relied upon. As a result of this unexpected news, New Century shares
slumped to a 52-week low, plunging $10.92, to close at $19.42 per share a
decline of over 36% on extraordinary volume of over 25 million shares.
However, before that announcement, Company insiders sold more than $26 million
worth of their personal holdings during the Class Period.

   If you purchased New Century publicly traded securities during the Class
Period (May 4, 2006 -- February 7, 2007), you may, no later than April 10,
2007, move to be appointed as a Lead Plaintiff. A Lead Plaintiff is a
representative party that acts on behalf of other class members in directing
the litigation. If you have sustained losses on your purchases of New Century
publicly traded securities during the Class Period, please contact Klafter &
Olsen LLP at http://www.klafterolsen.com or call us at 202/261-3553 for a more
thorough explanation of the Lead Plaintiff selection process and the claims
that can be asserted against New Century.


   Klafter & Olsen LLP has extensive expertise in prosecuting investor class
actions involving financial fraud and has offices in Washington D.C. and New
York. Please visit our website for more information about the Firm.

SOURCE  Klafter & Olsen LLP

CONTACT:
Kurt B. Olsen of Klafter & Olsen LLP, +1-202-261-3553
-0- (PRN) Feb/17/2007  0:30 GMT

**PZM 02/16 Glancy Binkow & Goldberg LLP, Representing Investors Who Purchas**

*T

   Glancy Binkow & Goldberg LLP, Representing Investors Who
  Purchased New Century Financial Corporation, Announces Class
     Action Lawsuit and Seeks to Recover Losses -- NEW

*T

LOS ANGELES, Feb. 16, 2007 (PRIME NEWSWIRE) -- Notice is hereby given
that Glancy Binkow & Goldberg LLP has filed a Class Action lawsuit in
the United States District Court for the Central District of California
on behalf of a class (the "Class") consisting of all persons or
entities who purchased or otherwise acquired securities of New Century
Financial Corporation ("New Century Financial" or the "Company")
(NYSE:NEW) between May 4, 2006 and February 7, 2007, inclusive (the
"Class Period").

A copy of the Complaint is available from the court or from Glancy
Binkow & Goldberg LLP. Please contact us by phone to discuss this
action or to obtain a copy of the Complaint at (310) 201-9150 or Toll
Free at (888) 773-9224, by email at info@glancylaw.com, or visit our
website at www.glancylaw.com.

The Complaint charges New Century Financial and certain of the
Company's executive officers and directors with violations of federal
securities laws. Among other things, plaintiff claims that defendants'
material omissions and dissemination of materially false and misleading
statements concerning the Company's financial performance caused New
Century Financial's stock price to become artificially inflated,
inflicting damages on investors. New Century Financial operates in the
United States as a real estate investment trust which originates and
purchases mortgage loans. The Complaint alleges that during the Class
Period defendants knew but failed to disclose that New Century
Financial was being forced to buy back substantially more loans than
originally had been expected. Despite knowing of the surge in forced
loan repurchases, the defendants failed to properly account for them.
In addition, the Company failed to write-down the value of the loans
reacquired, even though these troubled loans had materially declined in
value.

On February 7, 2007, New Century Financial shocked the market by
announcing that it would restate its financial results for the first
three quarters of 2006 because the Company had failed to account for
all of the re-purchased loans and had failed to properly reduce the
value of the loans repurchased. The Company was forced to admit that
its financial statements for the quarters ending March 31, 2006, June
30, 2006 and September 30, 2006 could no longer be relied upon. As a

result of the February 7, 2007 revelations, New Century Financial shares slumped to a 52-week low, dropping $10.92 -- a decline of more than 36%, on volume of 25 million shares.

Plaintiff seeks to recover damages on behalf of Class members and is represented by Glancy Binkow & Goldberg LLP, a law firm with significant experience in prosecuting class actions, and substantial expertise in actions involving corporate fraud.

If you are a member of the Class described above, you may move the Court, not later than April 10, 2007, to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Michael Goldberg, Esquire, of Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067, by telephone at (310) 201-9150 or Toll Free at (888) 773-9224 or by e-mail to info@glancylaw.com.

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca.

```
*T
-0- (PZM)
CONTACT:  Glancy Binkow & Goldberg LLP, Los Angeles, CA
          Lionel Z. Glancy
           (310) 201-9150
           (888) 773-9224
          Michael Goldberg
           info@glancylaw.com
           www.glancylaw.com
*T
```

Provider ID: 00113942
-0- (PZM) Feb/17/2007  1:30 GMT

**PZM 02/22 Pomerantz Haudek Reminds New Century Financial Corporation Inves**

*T
   Pomerantz Haudek Reminds New Century Financial Corporation
        Investors of Lead Plaintiff Deadline -- NEW
*T
NEW YORK, Feb. 22, 2007 (PRIME NEWSWIRE) -- Pomerantz Haudek Block
Grossman & Gross LLP (www.pomerantzlaw.com) ("Pomerantz") reminds
investors of New Century Financial Corporation ("New Century" or the
"Company") (NYSE:NEW) that April 10, 2007 is the deadline to ask the
Court to appoint you as Lead Plaintiff. Pomerantz filed a class action
lawsuit in the United States District Court, Central District of
California, against New Century and certain officers, on behalf of
purchasers of the common stock of the Company during the period from
May 4, 2006 through February 7, 2007, inclusive (the "Class Period").
The complaint alleges violations of Section 10(b) and Section 20(a) of
the Securities Exchange Act, and Rule 10b-5 promulgated there under.

New Century is a real estate investment trust and mortgage finance
company with headquarters in Irvine, CA. The Company operates
nationwide through its mortgage origination subsidiaries, New Century
Finance Corporation and Home123 Corporation. The Complaint alleges that
Defendants materially overstated earnings, understated loan repurchases
losses, failed to establish a sufficient load repurchase loss reserve,
and violated Generally Accepted Accounting Principals ("GAAP") in
various press releases and quarterly reports filed with the SEC.

In particular, defendants: (1) failed to include the expected discount
upon disposition of loans when estimating allowances for loan
repurchase losses; and (2) refused to properly consider the increasing
volume of repurchase requests and thereby failed to apply the proper
methodology for estimating the volume of anticipated repurchase claims
for calculating the repurchase reserve calculation. On February 7, 2007
Defendants issued a press release admitting that they had failed to
properly apply GAAP, withdrawing reliance on the previously-filed 10-Q
quarterly reports for the first three quarters of 2006, and conceding
that they would have to materially restate New Century's financials to
reflect the proper accounting for loan repurchase losses.

If you are a shareholder who purchased the securities of New Century
during the Class Period, you have until April 10, 2007 to ask the Court
to appoint you as lead plaintiff for the class. Lead plaintiffs must
meet certain legal requirements. Shareholders outside the United States
may join the action, regardless of where they live or which exchange
was used to purchase the securities. If you wish to review a copy of
the Complaint, to discuss this action, or have any questions, please

contact Teresa L. Webb (tlwebb@pomlaw.com) or Carolyn S. Moskowitz (csmoskowitz@pomlaw.com) of the Pomerantz Firm at 888.476.6529 (or 888.4-POMLAW), toll free. Those who inquire by e-mail are encouraged to include their mailing address and telephone number.

The Pomerantz Firm, which has offices in New York, Chicago and Washington, D.C., is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. For more information about the Firm, visit our web site at www.pomlaw.com.

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca

*T
-0- (PZM)
CONTACT:  Pomerantz Haudek Block Grossman & Gross LLP
        Teresa Webb
        (888) 476.6529
        (888) 4.POMLAW
        tlwebb@pomlaw.com
*T


Provider ID: 00114277
-0- (PZM) Feb/22/2007 18:04 GMT

**BUS 02/26 Green Welling LLP Files Class Action Suit Against New Century**

Financial Corporation

SAN FRANCISCO--(BUSINESS WIRE)--February 27, 2007
Green Welling LLP ("Green Welling") announced today that it filed
a class action suit in the United States District Court for the
Central District of California against New Century Financial
Corporation ("New Century Financial") (NYSE:NEW) and certain of its
officers and directors, on behalf of all persons or entities who
purchased the common stock of New Century Financial during the period
between May 4, 2006 and February 7, 2007, inclusive (the "Class
Period").

   If you are a shareholder who purchased the common stock of New
Century Financial during the Class Period, you have until April 10,
2007 to move the Court to appoint you as lead plaintiff for the Class.
Any member of the proposed Class may move the Court to serve as lead
plaintiff through counsel of their choice, or may choose to do nothing
and remain an absent class member. Lead plaintiffs must meet certain
legal requirements. If you wish to discuss this action, review a copy
of the Complaint, or have any questions about this matter, you may
contact Green Welling at gw@classcounsel.com or toll free at
888-610-4768. For those inquiries made by e-mail, please include a
telephone number where you can be reached and your mailing address.

   New Century Financial is a real estate investment trust ("REIT")
and one of the nation's largest mortgage finance companies, providing
mortgage products to borrowers nationwide through its operating
subsidiaries. The Complaint alleges that during the Class Period, New
Century Financial and certain of its officers and directors violated
Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 by
issuing materially false and misleading statements and concealing
materially adverse facts regarding the Company's business and
financial results, causing the investing public to purchase New
Century Financial securities at artificially inflated prices. More
specifically, the Complaint alleges that New Century Financial
improperly accounted for loan repurchase losses when it knew of, or
recklessly disregarded, a surge in borrower payment defaults in 2006.
Defendants' improper accounting of its loan repurchases violated
generally accepted accounting principles ("GAAP") regarding the
Company's allowance for loan repurchase losses. In addition, the
Complaint alleges that defendants concealed materially adverse facts
from the investing public, including that the Company lacked requisite
internal controls, resulting in material misstatements in the
Company's financial statements and press releases.

A February 7, 2007 New Century Financial press release announced that the Company would restate its consolidated financial results for the quarters ended March 31, June 30, and September 20, 2006 to correct errors in its application of GAAP regarding the Company's allowance for loan repurchase losses. New Century stated that it expected the impact of the restatement to result in a reduction on net earnings for each of the first three quarters of 2006. On this news, shares of New Century Financial fell 35%, to $19.58 on the New York Stock Exchange.

Plaintiff seeks to recover damages on behalf of all persons who purchased New Century Financial common stock during the Class Period. Plaintiff is represented by Green Welling, a San Francisco-based law firm specializing in the prosecution of class actions and other complex litigation nationwide on behalf of a wide range of consumer and investor clients. The firm also has expertise prosecuting securities class actions and class actions involving financial fraud. Please visit www.classcounsel.com for more information about the firm and its recent successes.


CONTACT:
GREEN WELLING LLP, San Francisco
Robert S. Green, 415-477-6700
Facsimile: 415-477-6710
gw@classcounsel.com
www.classcounsel.com

-0- (BUS) Feb/27/2007  1:25 GMT

**MWR 02/28 Brower Piven Announces the Filing of a Class Action Lawsuit**

Brower Piven Announces the Filing of a Class Action Lawsuit Against
New Century Financial Corporation

BALTIMORE, MD -- (MARKET WIRE) -- 02/28/07 --  Brower Piven, A
Professional Corporation announces that class action lawsuits have
been commenced in the United States District Court for the Central
District of California on behalf of purchasers of the common stock of
New Century Financial Corporation ("New Century" or the "Company")
(NYSE: NEW) between April 7, 2006 and February 7, 2007, inclusive
(the "Class Period").  Brower Piven is one of the firms that has
filed such a lawsuit.

The complaint alleges that New Century and certain of its officers
and directors violated the federal securities law.  New Century is a
real estate investment trust that through its subsidiaries operates
mortgage finance companies.

The complaint alleges that during the Class Period, defendants issued
materially false and misleading statements regarding the Company's
business and financial results and concealed the following material
adverse facts from the investing public: (a) the Company lacked
requisite internal controls, and, as a result, the Company's
projections and reported results issued during the Class Period were
based upon defective assumptions and/or manipulated facts; (b) the
Company's financial statements were materially misstated due to its
failure to properly account for its allowance for loan repurchase
losses; (c) the Company's financial statements were materially
misstated due to its failure to properly account for its residual
interests in securitizations by failing to timely write down the
impaired asset; (d) given the deterioration and the increased
volatility in the sub-prime market, the Company would be forced to
tighten its underwriting guidelines which would have a direct
material negative impact on its loan productions going forward; and
(e) given the increased volatility in the sub-prime market, the
Company had no reasonable basis to make projections about its ability
to maintain its current mortgage loan production levels for 2007. The
complaint further alleges that as a result of these false statements,
New Century stock traded at artificially inflated prices during the
Class Period, reaching a high of $51.22 per share on April 28, 2006
and that Defendants took advantage of this inflation, selling 665,334
shares of their New Century stock for proceeds of over $26.6 million.
 On February 7, 2007, after the market closed, New Century announced
that it will have to restate its consolidated financial results for
the first three quarters of 2006 to correct errors the Company

discovered in its application of generally accepted accounting principles regarding the Company's allowance for loan repurchase losses. On this news, New Century's stock fell $10.92 per share to close at $19.24 per share on February 8, 2007, a one-day decline of approximately 36%.

If you purchased stock (or bought call options or sold put options) in New Century Financial Corporation during the Class Period and suffered a net loss for transactions during that period (including shares purchased during, but retained after the Class Period), you may be a member of the proposed class, and you have until April 10, 2007 to ask the Court to become the lead plaintiff. To serve as lead plaintiff, however, you must meet certain legal requirements. To learn more about this lawsuit and your ability to become a lead plaintiff, you may contact Brower Piven without obligation or cost to you, at The World Trade Center-Baltimore, 401 East Pratt Street, Suite 2525, Baltimore, Maryland 21202, by email at hoffman@browerpiven.com or by calling 410-332-0030. Charles Piven and David Brower have combined experience in securities and class action litigation of over 40 years. If you choose to retain counsel, you may retain Brower Piven, or you may retain other counsel of your choice.


CONTACT:
Brower Piven, A Professional Corporation, Baltimore, Maryland
Charles J. Piven
410/332-0030
Contact via http://www.marketwire.com/mw/emailprcntct?id=B0F6C6FB74C029D6

Provider ID: 07221431
-0- (MWR) Feb/28/2007 23:50 GMT

**PRN 03/01 Dreier LLP Files Class Action Lawsuit Against New Century**

Financial Corporation (New)

  NEW YORK, March 1 /PRNewswire/ -- Dreier LLP (www.dreierllp.com) today announced that a class action lawsuit was commenced in the United States District Court for the Central District of California, on behalf of purchasers of the common stock and/or call options and sellers of put options of New Century Financial Corporation ("New Century" or the "Company") (NYSE: NEW) during the period April 7, 2006 through February 7, 2007, inclusive (the "Class Period").  The complaint alleges violations of the federal securities laws, including Section 10(b) of the Securities Exchange Act.

  If you purchased New Century common stock or call options during the Class Period or sold New Century put options during the Class Period, you may be a member of the proposed Class.  You must move the Court on or before April 10, 2007 if you wish to serve as a lead plaintiff.  Lead plaintiffs must meet certain legal requirements.  To learn more about this lawsuit or if you are interested in serving as a lead plaintiff, please contact Plaintiffs' counsel, Daniel B. Scotti (classlaw@dreierllp.com) of Dreier LLP at 800-952-8897. Class members may retain counsel of their choice and move the Court to serve as a lead plaintiff, or may choose to do nothing and remain absent class members.

  New Century is a real estate investment trust and mortgage finance company headquartered in Irvine, California.  The Complaint alleges that, throughout the Class Period, Defendants issued materially false and misleading statements regarding the Company's business and financial results and failed to disclose, among other things, that: (1) the Company was under-reserving for loan losses as conditions in the sub-prime industry deteriorated; (2) the Company failed to take timely write-downs for residual interests in securitizations; (3) the Company lacked adequate internal and financial controls; (4) the Company's financial statements were not prepared in accordance with Generally Accepted Accounting Principals ("GAAP"); and (5) the Company's statements about its financial well-being and future business prospects were lacking in any reasonable basis when made.  The Complaint further alleges that, as a result of these false statements and omissions, New Century securities traded at artificially inflated or distorted prices.  On February 7, 2007, after the close of trading, New Century shocked investors when it announced that it would have to restate its 2006 financial statements, since they were not prepared in accordance with GAAP.  In reaction to this news, the price of the Company's stock declined $10.92 per share, or 36%, to close on February 8, 2007 at $19.24 per share, on unusually heavy trading volume.  Plaintiffs seek to recover damages on behalf of all members of the proposed Class.

  Plaintiffs are represented by Dreier LLP and Gutride Safier LLP.  Dreier

LLP's Class Action Litigation Group has vast experience representing domestic and foreign institutional and individual investors in securities and other class actions throughout the country.  The partners who head Dreier LLP's

Class Action Litigation Group have successfully prosecuted securities fraud class actions in a wide variety of industries and have played a significant role in cases that have resulted in some of the largest securities class action settlements.

SOURCE  Dreier LLP

CONTACT:
Daniel B. Scotti of Dreier LLP, 1-800-952-8897, classlaw@dreierllp.com
-0- (PRN) Mar/01/2007 21:49 GMT

**PRN 03/05 Shareholder Notice: Zwerling, Schachter & Zwerling, LLP Files**

Shareholder Class Action Against New Century Financial Corporation (NEW)

NEW YORK, March 5 /PRNewswire/ -- Zwerling, Schachter & Zwerling, LLP ("Zwerling Schachter") has filed a class action lawsuit in the United States District Court for the Central District of California on behalf of all persons and entities who purchased the securities of New Century Financial Corp. ("New Century" or the "Company") (NYSE: NEW) during the period from May 4, 2006 through February 7, 2007 (the "Class Period"). The deadline to file a motion seeking to be appointed lead plaintiff is April 10, 2007.

If you purchased the securities of New Century during the Class Period, you may apply to serve as lead plaintiff. The lead plaintiff is responsible for overseeing the prosecution of the action and ensuring that the interests of the class are protected. You may apply to be appointed lead plaintiff through Zwerling Schachter.

If you wish to discuss this action or have any questions concerning your rights and interests with respect to this securities litigation matter, please contact Kevin McGee, Esq. at Zwerling Schachter, 1-800-721-3900, or by e-mail at kmcgee@zsz.com.

The complaint alleges that defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Specifically, the complaint alleges that New Century was forced to restate its financial results for the first three quarters of 2006 because the Company had 1) failed to reserve adequately for all of the non-performing mortgages it was forced to repurchase, and 2) failed to account properly for the reduction in value of the mortgages repurchased. The Company acknowledged that its previously-issued financial statements for the quarters ending March 31, 2006, June 30, 2006 and September 30, 2006 could no longer be relied upon. New Century is also expected to report a net loss for the quarter ended December 31, 2006, due to the same reasons that lead to the restatement of its financial results.

In response to the announcement regarding the restatement, on February 8, 2007, New Century's common stock dropped $10.92, a decline of over 36%, on volume of 25 million shares. Finally, on March 2, 2007, in a filing with the Securities & Exchange Commission, New Century stated that it was out of compliance with debt covenants and had received waivers from only six out of eleven of its lenders. The Company warned that if it were unable to reach agreements with the remaining lenders, the Company's auditor will include an explanatory paragraph on the Company's financial statements indicating that substantial doubt exists as to the Company's ability to continue as a going concern. On March 5, 2007, New Century's common stock dropped more than 60% to

a low of $5.25.

Zwerling Schachter concentrates in prosecuting class actions nationwide on behalf of investors. The firm currently plays a leading role in numerous major securities and complex commercial litigations pending in federal and state courts and has offices in New York City, Uniondale, New York, Boca Raton, Florida and Seattle, Washington. The firm has been recognized by courts throughout the country as highly experienced and skilled in complex litigation, particularly with respect to federal securities class action litigation.

Visit our website at:  www.zsz.com

SOURCE  Zwerling, Schachter & Zwerling, LLP

CONTACT:
Kevin McGee, Esq., of Zwerling Schachter, 1-800-721-3900, or kmcgee@zsz.com
-0- (PRN) Mar/05/2007 20:08 GMT

**PRN 03/05 Klafter & Olsen LLP Announces Extended Class Period in its**

Action Against New Century Financial Corp.

   WASHINGTON, March 5 /PRNewswire-USNewswire/ -- Klafter & Olsen LLP announces that it is extending the class period in its class action against New Century Financial Corp. ("New Century" or the "Company") to now include purchasers of New Century common stock and other securities through Friday, March 2, 2007. Other lawsuits against New Century, filed in the United States District Court for the Central District of California, currently allege a class period beginning on May 4, 2006 and ending on February 7, 2007.

   The claims against New Century and certain of its officers and directors allege that the defendants violated the federal securities laws by making false and misleading statements and omissions concerning the Company's operations and financial results for the first three quarters of 2006. New Century, a mortgage finance company, makes substantial amounts of residential mortgage loans. It does not hold these loans but sells the loans to banks and investors. The purchasers can require New Century to repurchase loans which become troubled.

   On February 7, 2007 the Company shocked the market by announcing that it was going to restate its financial results for the first three quarters of 2006 because the Company had failed to account for all of the re-purchased loans, and had failed to properly reduce the value of the loans repurchased. As a result of this unexpected news, New Century shares slumped to a 52-week low, plunging $10.92, to close at $9.42 per share a decline of over 36% on extraordinary volume of over 25 million shares.  However, before that announcement, Company insiders sold more than $26 million worth of their personal holdings during the Class Period.

   Then, after the close of the market on Friday, March 2, 2007, New Century disclosed for the first time that the U.S. Attorney's Office for the Central District of California had notified the Company that it is conducting a criminal inquiry in connection with trading in New Century's stock.  The Company also stated that the U.S. Attorney's Office is investigating accounting issues regarding New Century's allowance for repurchase losses.  On Monday, March 5, 2007, the next trading day, New Century's stock price collapsed nearly 69% -- closing at $4.56 on 17 times the average three month volume.

   If you purchased New Century publicly traded securities during the extended Class Period (May 4, 2006 - March 2, 2007), you may, no later than April 10, 2007, move to be appointed as a Lead Plaintiff.  A Lead Plaintiff is

a representative party that acts on behalf of other class members in directing the litigation.  If you have sustained losses on your purchases of New Century publicly traded securities during the Class Period, please contact Klafter & Olsen LLP at http:/www.klafterolsen.com or call us at 202/261-3553 for a more thorough explanation of the Lead Plaintiff selection process and the claims that can be asserted against New Century.

Klafter & Olsen LLP has extensive expertise in prosecuting investor class actions involving financial fraud and has offices in Washington D.C. and New York. Please visit our website for more information about the Firm.

SOURCE  Klafter & Olsen LLP

CONTACT:
Kurt B. Olsen of Klafter & Olsen LLP, +1-202-261-3553
-0- (PRN) Mar/06/2007  1:01 GMT

**PZM 03/06 Lockridge Grindal Nauen P.L.L.P. Seeks to Recover Losses for Inv**

*T
  Lockridge Grindal Nauen P.L.L.P. Seeks to Recover Losses for
  Investors Who Purchased Publicly Traded Common Stock of New
        Century Financial Corp. -- NEW
*T
MINNEAPOLIS, March 6, 2007 (PRIME NEWSWIRE) -- Lockridge Grindal Nauen
P.L.L.P. filed a class action against New Century Financial Corp. ("New
Century" or the "Company") (NYSE:NEW) in the U.S. District Court for
the Central District of California on behalf of purchasers of New
Century common stock during the period May 4, 2006 through Friday,
March 2, 2007. This is an extension of the class period alleged in
previously filed suits.

The Complaint names New Century and certain of its officers and
directors and alleges that the defendants violated the federal
securities laws by making false and misleading statements concerning
the Company's operations and financial results for the first three
quarters of 2006.

On February 7, 2007 the Company announced that it was going to restate
its financial results for the first three quarters of 2006 because it
had failed to account for all repurchased loans and had failed to
properly reduce the value of the loans repurchased. As a result, New
Century shares dropped to a 52-week low, plunging $10.92, to close at
$9.42 per share, a decline of over 36% on extraordinary volume. Before
the announcement, Company insiders sold more than $26 million worth of
their personal holdings in New Century stock.

On Friday, March 2, 2007, New Century disclosed that the U.S.
Attorney's Office for the Central District of California had notified
the Company that it is conducting a criminal inquiry in connection with
trading in New Century's stock. The Company also disclosed that the
U.S. Attorney's Office is investigating accounting issues regarding New
Century's allowance for repurchase losses. On Monday, March 5, 2007,
the next trading day, New Century's stock price collapsed nearly 69% --
closing at $4.56 on 17 times the average three month volume.

If you purchased New Century publicly traded securities during the
extended Class Period (May 4, 2006 -- March 2, 2007), you may, no later
than April 10, 2007, move to be appointed as a Lead Plaintiff. You do
not need to become a lead plaintiff in order to share in any possible
recovery.

Plaintiff seeks to recover damages on behalf of the Class and is

represented by Lockridge Grindal Nauen P.L.L.P. If you have questions
about the lawsuit or would like to discuss it with an attorney, please
call or e-mail:

*T
    Karen H. Riebel, Esq. (khriebel@locklaw.com)
    Lockridge Grindal Nauen P.L.L.P.
    100 Washington Avenue South, Suite 2200
    Minneapolis, MN 55401
    (612) 339-6900
*T
More information on this and other class actions can be found on the
Class Action Newsline at www.primezone.com/ca


*T
-0- (PZM)
CONTACT:  Lockridge Grindal Nauen P.L.L.P.
    Karen H. Riebel, Esq.
    (612) 339-6900
*T


Provider ID: 00115042
-0- (PZM) Mar/06/2007 23:21 GMT

**PZM 03/07 Mager & Goldstein LLP Files Securities Class Action Against New**

*T
   Mager & Goldstein LLP Files Securities Class Action Against
             New Century Financial Corp. -- NEW
*T
WESTON, Fla., March 7, 2007 (PRIME NEWSWIRE) -- The law firm of Mager &
Goldstein LLP announces it has filed a class action lawsuit in the U.S.
District Court for the Central District of California on behalf of all
purchasers of securities of New Century Financial Corporation ("New
Century" or the "Company") (NYSE:NEW) between May 4, 2006 and March 2,
2007, inclusive (the "Class Period").

The Complaint alleges that defendants violated federal securities laws
by issuing materially false and misleading statements during the Class
Period which resulted in artificially inflating the value of New
Century stock. New Century did not properly account for home loans it
had to repurchase and as a result its net earnings were materially
overstated for the periods ended March 31, June 30 and September 30,
2006.

On February 7, 2007 defendants shocked investors by revealing that the
Company would have to restate its financial results. Then on March 2,
2007, following the close of the market, New Century disclosed that it
had received notification from the U.S. Attorney's Office that it was
conducting a criminal inquiry in connection with trading of New
Century's stock and into the Company's accounting errors regarding
accounting for its repurchase losses. As a result of New Century's
stunning revelations, the price of New Century's stock initially
plummeted over 35 percent. Following its revelation on March 2, 2007
that it faced investigation of its accounting and stock trading, shares
of New Century crashed by more than 68 percent.

If you bought New Century securities between May 4, 2006 and March 2,
2007 and sustained damages, you may, no later than April 10, 2007,
request that the Court appoint you as lead plaintiff. A lead plaintiff
is a representative who acts on behalf of other class members in
directing the litigation. Under certain circumstances, several class
members may together serve as "lead plaintiff." Your ability to share
in any recovery is not, however, affected by whether or not you serve
as lead plaintiff. You may retain Mager & Goldstein LLP, or other
counsel, to represent you in this action.

Mager & Goldstein has offices in Pennsylvania and Florida. The firm's
attorneys have been litigating complex commercial matters for over
twenty years.

If you wish to discuss the lawsuit against New Century with us, or have
any questions about this notice or your legal rights with regard to
this case, please contact the following attorneys:

*T
Jayne Arnold Goldstein
1640 Town Center Circle, Suite 216
Weston, FL 33326
Tel: (954) 515-0123
Fax: (954) 515-0124
866-284-3280 Toll Free
E-mail: jgoldstein@magergoldstein.com

Lee Albert
One Liberty Place, 21st Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 640-3280
Fax: (215) 640-3281
866-284-3280 Toll Free
Email: lalbert@magergoldstein.com
*T
More information on this and other class actions can be found on the
Class Action Newsline at www.primenewswire.com/ca

*T
-0- (PZM)
CONTACT:  Mager & Goldstein LLP
        Toll Free: 866-284-3280
*T


Provider ID: 00115094
-0- (PZM) Mar/07/2007 21:56 GMT

**WR 03/10 Update:  Brower Piven Announces Extended Class Period in**

Update:  Brower Piven Announces Extended Class Period in Actions Against New Century Financial Corporation After Disclosure of Government Inquiry

BALTIMORE, MD -- (MARKET WIRE) -- 03/10/07 --  Brower Piven, A Professional Corporation announces that class action lawsuits filed in the United States District Court for the Central District of California on behalf of purchasers of the common stock of New Century Financial Corporation ("New Century" or the "Company") (NYSE: NEW) include claims for an extended period through March 2, 2007 such that the period for which claims have now been asserted extends from April 7, 2006 through March 2, 2007 (the "Class Period").

Claims for this extended period were asserted when, after the close of the market on Friday, March 2, 2007, New Century disclosed for the first time that the U.S. Attorney's Office for the Central District of California had notified the Company that it is conducting a criminal inquiry in connection with trading in New Century's stock and that the U.S. Attorney's Office is investigating accounting issues regarding New Century's allowance for loan repurchase losses. On Monday, March 5, 2007, the next trading day, New Century's stock price continued to fall, closing below $5.00 per share. Brower Piven, one of the firms that filed a class action lawsuit against the Company, has also been retained to pursue claims during the Class Period that extends though March 2, 2007.

The complaint filed by Brower Piven alleges that New Century and certain of its officers and directors violated the federal securities law.  New Century is a real estate investment trust that through its subsidiaries operates mortgage finance companies.

The complaint filed by Brower Piven also alleges that during the Class Period, defendants issued materially false and misleading statements regarding the Company's business and financial results and concealed the following material adverse facts from the investing public: (a) the Company lacked requisite internal controls, and, as a result, the Company's projections and reported results issued during the Class Period were based upon defective assumptions and/or manipulated facts; (b) the Company's financial statements were materially misstated due to its failure to properly account for its allowance for loan repurchase losses; (c) the Company's financial statements were materially misstated due to its failure to properly account for its residual interests in securitizations by failing to timely write down the impaired asset; (d) given the deterioration and

the increased volatility in the sub-prime market, the Company would be forced to tighten its underwriting guidelines which would have a direct material negative impact on its loan productions going forward; and (e) given the increased volatility in the sub-prime market, the Company had no reasonable basis to make projections about its ability to maintain its current mortgage loan production levels for 2007.  The complaint further alleges that as a result of these false statements, New Century stock traded at artificially inflated prices during the Class Period, reaching a high of $51.22 per share on April 28, 2006 and that Defendants took advantage of this inflation, selling 665,334 shares of their New Century stock for proceeds of over $26.6 million.  On February 7, 2007, after the market closed, New Century announced that it will have to restate its consolidated financial results for the first three quarters of 2006 to correct errors the Company discovered in its application of generally accepted accounting principles regarding the Company's allowance for loan repurchase losses.  On this news, New Century's stock fell $10.92 per share to close at $19.24 per share on February 8, 2007, a one-day decline of approximately 36%.  Shares of the Company closed below $3.25 on March 9. 2007.

If you purchased stock (or bought call options or sold put options) in New Century Financial Corporation during the Class Period and suffered a net loss for transactions during the Class Period (including shares purchased during, but retained after, the Class Period), you may be a member of the proposed class, and you have until April 10, 2007 to ask the Court to become the lead plaintiff. To serve as lead plaintiff, however, you must meet certain legal requirements.  To learn more about this lawsuit and your ability to become a lead plaintiff, you may contact Brower Piven without obligation or cost to you, at The World Trade Center-Baltimore, 401 East Pratt Street, Suite 2525, Baltimore, Maryland 21202, by email at hoffman@browerpiven.com or by calling 410-332-0030.  Charles Piven and David Brower have combined experience in securities and class action litigation of over 40 years.  If you choose to retain counsel, you may retain Brower Piven, or you may retain other counsel of your choice.

CONTACT:
Brower Piven, A Professional Corporation
Baltimore, Maryland
Charles J.  Piven
410/332-0030
Contact via http://www.marketwire.com/mw/emailprcntct?id=98B5C403170B357E

Provider ID: 07225199
-0- (MWR) Mar/10/2007  5:24 GMT

PRN 03/16 Shepherd, Finkelman, Miller & Shah, LLC Files Class Action

Lawsuit Against New Century Financial Corp. -- NEWC (Pink Sheets)

HARTFORD, Conn., March 16 /PRNewswire/ -- Shepherd, Finkelman, Miller & Shah, LLC (http://www.sfmslaw.com; e-mail: jmiller@sfmslaw.com), a law firm with offices in Connecticut, Pennsylvania, New Jersey, Florida, and Wisconsin announces that it has filed a lawsuit seeking class action status in the United States District Court for the Central District of California, on behalf of all persons (the "Class") who purchased the common stock of New Century Financial Corp. (Pink Sheets: NEWC) ("New Century" or the "Company") between April 7, 2006 and February 7, 2007, inclusive (the "Class Period"). A copy of the Complaint may be obtained from the Court, or you can call our offices toll free at either 866/540-5505 or 877/891-9880 to speak with an attorney regarding this matter and we will send you a copy of the Complaint.

The Complaint alleges that New Century, Brad A. Morrice, Robert K. Cole and Edward F. Gotschall (the Company's three co-founders), and officers Patti M. Dodge and Taj S. Bindra ("Defendants") violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, by issuing a series of materially false and misleading statements to the market throughout the Class Period that had the effect of artificially inflating the market price of the Company's stock. The Complaint alleges that Defendants misrepresented and/or omitted to disclose, despite a duty to do so, that the Company, among other things, was under-reserving for loan losses while conditions in the sub-prime market were deteriorating, had failed to properly value residual interests in loan securitizations in 2006 and earlier periods, lacked adequate internal controls, and that New Century's financial statements were not prepared in accordance with Generally Accepted Accounting Principles ("GAAP"). The Complaint further alleges that these false statements caused New Century's stock to trade at artificially inflated prices during the Class Period, which the Company's insiders took advantage of by selling large quantities of their own shares of New Century stock.

The Class Period ends on February 7, 2007, when New Century announced, after the market had closed, that it would have to restate its financial results for the first three quarters of 2006 because of accounting violations. On this news, New Century's stock plummeted 36% on February 8th, closing at $19.24 per share. Since then, the Company has announced that it received a grand jury subpoena regarding its accounting treatment and insider sales, and that it is the subject of an investigation by the SEC. On March 13, 2007, New Century's stock was delisted from the NYSE, and the last reported share price was $1.66. The Company's shares now trade on the Pink Sheets.

If you purchased New Century stock between April 7, 2006 and February 7, 2007, inclusive, you may qualify to serve as lead plaintiff on behalf of the

Class.  All motions for appointment as lead plaintiff must be filed with the Court by no later than April 10, 2007.  Any member of the proposed Class may move the Court to serve as lead plaintiff in this action through counsel of his or her choice, or may remain an absent class member.  There are certain legal requirements to serve as lead plaintiff, which we would be pleased to discuss with you.  Please contact James E. Miller, Esquire (866/540-5505; jmiller@sfmslaw.com), or James C. Shah, Esquire (877/891- 9880; jshah@sfmslaw.com), if you would like to discuss this action or have any questions regarding this notice or your rights.

   Shepherd, Finkelman, Miller & Shah, LLC (http://www.sfmslaw.com) is a national law firm that represents investors, including institutions and individuals, as well as consumers, in class action and other complex litigation, and maintains offices in Connecticut, Pennsylvania, New Jersey, Florida, and Wisconsin.  The firm's attorneys have appeared in matters on behalf of our clients throughout the United States and have been appointed lead counsel in numerous class actions and corporate governance matters.


SOURCE  Shepherd, Finkelman, Miller & Shah, LLC


CONTACT:
James E. Miller, Esquire, +1-866-540-5505, or jmiller@sfmslaw.com, or James C. Shah, Esquire, +1-877-891-9880, or jshah@sfmslaw.com, both of Shepherd, Finkelman, Miller & Shah, LLC
-0- (PRN) Mar/16/2007 23:19 GMT

**PZM 03/16 Pomerantz Haudek Reminds Investors of New Century Financial Corp**

*T
   Pomerantz Haudek Reminds Investors of New Century Financial
      Corporation of April 10, 2007 Deadline -- NEWC
*T
NEW YORK, March 16, 2007 (PRIME NEWSWIRE) -- Pomerantz Haudek Block
Grossman & Gross LLP (www.pomlaw.com) ("Pomerantz") reminds investors
of New Century Financial Corporation ("New Century" or the "Company")
(Pink Sheets:NEWC) that the deadline to ask the Court to appoint you as
Lead Plaintiff is April 10, 2007. Pomerantz filed a class action
lawsuit in the United States District Court, Central District of
California, against New Century and certain officers, on behalf of
purchasers of the common stock of the Company during the period from
May 4, 2006 through February 7, 2007, inclusive (the "Class Period").
The complaint alleges violations of Section 10(b) and Section 20(a) of
the Securities Exchange Act, and Rule 10b-5 promulgated there under.

New Century is a real estate investment trust and mortgage finance
company with headquarters in Irvine, CA. The Company operates
nationwide through its mortgage origination subsidiaries, New Century
Finance Corporation and Home123 Corporation. The Complaint alleges that
Defendants materially overstated earnings, understated loan repurchases
losses, failed to establish a sufficient loan repurchase loss reserve,
and violated Generally Accepted Accounting Principles ("GAAP") in
various press releases and quarterly reports filed with the SEC.

In particular, defendants: (1) failed to include the expected discount
upon disposition of loans when estimating allowances for loan
repurchase losses; and (2) refused to properly consider the increasing
volume of repurchase requests and thereby failed to apply the proper
methodology for estimating the volume of anticipated repurchase claims
for calculating the repurchase reserve calculation. On February 7, 2007
Defendants issued a press release admitting that they had failed to
properly apply GAAP, withdrawing reliance on the previously-filed 10-Q
quarterly reports for the first three quarters of 2006, and conceding
that they would have to materially restate New Century's financials to
reflect the proper accounting for loan repurchase losses.

If you are a shareholder who purchased the securities of New Century
during the Class Period, you have until April 10, 2007 to ask the Court
to appoint you as lead plaintiff for the class. Lead plaintiffs must
meet certain legal requirements. Shareholders outside the United States
may join the action, regardless of where they live or which exchange
was used to purchase the securities. If you wish to review a copy of
the Complaint, to discuss this action, or have any questions, please

contact Teresa L. Webb (tlwebb@pomlaw.com) or Carolyn S. Moskowitz (csmoskowitz@pomlaw.com) of the Pomerantz Firm at 888.476.6529 (or 888.4-POMLAW), toll free. Those who inquire by e-mail are encouraged to include their mailing address and telephone number.

The Pomerantz Firm, which has offices in New York, Chicago, Washington, D.C. and the San Francisco Bay Area, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 70 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. For more information about the Firm, visit our web site at www.pomlaw.com.

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca

*T
-0- (PZM)
CONTACT:  Pomerantz Haudek Block Grossman & Gross LLP
        Teresa Webb
        (888) 476-6529
        (888) 4-POMLAW
        tlwebb@pomlaw.com
*T


Provider ID: 00115687
-0- (PZM) Mar/16/2007 21:16 GMT

**MWR 03/16 Kaplan Fox Updates Investors on Recent Developments in the New**

Kaplan Fox Updates Investors on Recent Developments in the New
Century Financial Corporation Securities Class Action

NEW YORK, NY -- (MARKET WIRE) -- 03/16/07 --  Kaplan Fox & Kilsheimer
LLP (www.kaplanfox.com), which filed a class action suit in the United
States District Court for the Central District of California against
New Century Financial Corporation ("NEW" or the "Company") (NYSE:
NEW) (PINKSHEETS: NEWC) and certain of its officers and directors, on
behalf of all persons or entities who purchased the publicly traded
securities of NEW, updates investors on the class action litigation
pending against NEW.

Kaplan Fox's complaint alleges that the Company and certain of its
executives violated the federal securities laws during a proposed a
class period of May 4, 2006 through February 7, 2007.  Subsequently,
additional securities class actions have been filed that have expanded
the class period so that investors who purchased NEW publicly traded
securities between April 7, 2006 and March 2, 2007 are members of the
proposed class.

On March 2, 2007, NEW disclosed in a filing with the Securities &
Exchange Commission on Form 8-K that: 1) "[t]he staff of the SEC has
requested a meeting with the Company to discuss the events leading up
to the announcement of the restatements . . . ."; 2) "the Company
received a letter dated February 21, 2007 from the NYSE Regulation
Inc. indicating that its Market Trading Analysis Department is
reviewing transactions in the Company's securities prior to the
February 7, 2007 announcement of the restatement process"; and 3)
"[o]n February 28, 2007, the Company received a letter from the
United States Attorney's Office for the Central District of
California (the "U.S. Attorney's Office") indicating that it was
conducting a criminal inquiry under the federal securities laws in
connection with trading in the Company's securities, as well as
accounting errors regarding the Company's allowance for repurchase
losses."

The following trading day, NEW shares declined from a closing price
on March 2, 2007 of $14.65 per share, to close at $4.56 per share at
the close of trading on March 5, 2007, a decline of $10.09 per share
or approximately 69%, on heavier than usual volume.

If you are a member of the proposed Class, you may move the court no
later than April 10, 2007 to serve as a lead plaintiff for the Class.
You need not seek to become a lead plaintiff in order to share in any

possible recovery.

Plaintiff seeks to recover damages on behalf of the Class and is represented by Kaplan Fox & Kilsheimer LLP.  Our firm, with offices in New York, San Francisco, Los Angeles, Chicago and New Jersey, has many years of experience in prosecuting investor class actions and actions involving financial fraud. For more information about Kaplan Fox & Kilsheimer LLP, or to review a copy of the complaint filed in this action, you may visit our website at www.kaplanfox.com.

If you have any questions about this Notice, the action, your rights, or your interests, please e-mail us at Contact via http://www.marketwire.com/mw/emailprcntct?id=A711F5C99C15EC17 or contact:

Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, New York  10022
(800) 290-1952
(212) 687-1980
Fax: (212) 687-7714
E-mail address: Contact via
http://www.marketwire.com/mw/emailprcntct?id=1A7D4F350E1ED25A

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, California  94111
(415) 772-4700
Fax:  (415) 772-4707
E-mail address: Contact via
http://www.marketwire.com/mw/emailprcntct?id=FA35AD91AF22987F

Provider ID: 07227703
-0- (MWR) Mar/16/2007 22:00 GMT

**PRN 03/19 Berger & Montague, P.C. Sues New Century on Behalf of Preferred**

Shareholders; Names Underwriters as Additional Defendants

   PHILADELPHIA, March 19 /PRNewswire/ -- The law firm of Berger & Montague,
P.C. announces it has filed a class action lawsuit in the U.S. District Court
for the Central District of California on behalf of all purchasers of New
Century Financial Corporation's  ("New Century" or the "Company") Series B
Cumulative Redeemable Preferred Stock ("Series B Preferred Stock")
(OTC Bulletin Board: NEWCO.PK) between August 15, 2006 and February 7, 2007,
inclusive  (the "Class Period").

   On February 7, 2007 New Century shocked investors by revealing that the
Company would have to restate its financial results, due to insufficient
reserves associated with its sub-prime lending business and material
weaknesses in its internal control function.

   On March 2, 2007, following the close of the market, New Century disclosed
that it had received notification from the U.S. Attorney's Office that it was
conducting a criminal inquiry.  On March 13, 2007, New Century revealed that
the SEC opened an investigation.

   As a result of New Century's stunning revelations, the price of New
Century's Series B Preferred Stock initially plummeted from $24.95 per share
on February 7, 2007, to $19.04 on February 12, 2007 -- a decline of over 23%.
Following its revelation on March 13, 2007 that it faced an SEC investigation,
amid speculation of bankruptcy, the Series B Preferred Stock traded as low as
$6 per share on March 14, 2007 -- a decline of 76%.

   The Complaint charges New Century and certain of its officers and
directors with violations of Section 10(b) of the Securities Exchange Act of
1934 (the "Exchange Act").  It alleges that those defendants violated federal
securities laws by issuing materially false and misleading statements during
the Class Period which resulted in artificially inflating the value of New
Century's Series B Preferred Stock.

   Additionally, the Complaint charges New Century, certain of its officers
and directors, as well as: (i) Bear Stearns & Co., Inc., (ii) Morgan Stanley &
Co. Inc. (iii) Stifel Nicolaus & Co., Inc., and (iv) Jeffries & Co., Inc.
(collectively, the "Underwriters") with violations of Sections 11 and 12(a)(2)
of the Securities Act of 1933 (the "Securities Act"), for the materially false
and misleading statements incorporated by reference in the Series B
Preferred's Registration Statement, Prospectus, and Prospectus Supplement.

   The Securities Act claims, unlike the Exchange Act claims, are unique to
purchasers of the Series B Preferred Stock, in that they are asserted against

New Century's Underwriters and do not require a showing of fraudulent intent.

If you bought New Century Series B Preferred Stock between August 15, 2006 and February 7, 2007, you may, no later than April 10, 2007, request that the Court appoint you as lead plaintiff. While this lawsuit is believed to be the first class action asserting Securities Act claims on behalf of purchasers of New Century's Series B Preferred Stock, and also the first to assert claims against New Century's Underwriters, previously issued notices have indicated an April 10, 2007 lead plaintiff application deadline for purchasers of New Century's "securities." Accordingly, out of an abundance of caution, a lead plaintiff application with respect to the Series B Preferred Stock class should be filed by April 10, 2007. A lead plaintiff must have standing to assert class claims and serve as a representative party who acts on behalf of other class members in directing the litigation.

If you have sustained losses in New Century's Series B Preferred Stock during the Class Period, please contact Berger & Montague, P.C. at investorprotect@bm.net for a more thorough explanation of the Lead Plaintiff selection process and the litigation.

The law firm of Berger & Montague, P.C. consists of over 60 attorneys, all of whom represent plaintiffs in complex litigation. The Berger firm has extensive experience representing institutions and other investor plaintiffs in class action securities litigation, playing lead roles in major cases over the past 30 years that have resulted in recoveries of billions of dollars to investors. The firm has represented investors as lead counsel in such leading securities actions as Rite Aid, Sotheby's, Waste Management, Sunbeam, Boston Chicken and IKON Office Solutions. The standing of Berger & Montague, P.C. in successfully conducting major securities and antitrust litigation has been recognized by numerous courts. For example:

"In short, it would be hard to equal the skill class counsel demonstrated here." In Re: Rite Aid Corporation Securities Litigation, MDL Docket No. 1360, Master File No. 99- 1349 (E. D. Pa.) ($334 million settlement).

"Class counsel did a remarkable job in representing the class interests." In Re: IKON Office Solutions Securities Litigation, Civil Action No. 98-4286 (E. D. Pa.) (partial settlement for $111 million).

". . . [Y]ou have acted the way lawyers at their best ought to act. And I have had a lot of cases . . . In 15 years now as a judge and I cannot recall a significant case where I felt people were better represented than they are here . . . I would say this has been the best representation that I have seen." In Re: Waste Management, Inc. Securities Litigation, Civil Action No. 97-C7709 (N.D. Ill.) (settled for

$220 million).

If you purchased New Century Series B Preferred Stock during the Class Period, or have any questions concerning this notice or your rights with respect to this matter, please contact:

Sherrie R. Savett, Esq.
Douglas Risen, Esq.
Kimberly A. Walker, Investor Relations Manager
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: 888-891-2289 or 215-875-3000

SOURCE  Berger & Montague, P.C.

CONTACT:
Sherrie R. Savett, Esq., or Douglas Risen, Esq., or Kimberly A. Walker, Investor Relations Manager, +1-888-891-2289 or +1-215-875-3000, all of Berger & Montague, P.C.
-0- (PRN) Mar/19/2007 14:09 GMT

**MWR 03/23 Stull, Stull & Brody Announces Class Action on Behalf of**

Stull, Stull & Brody Announces Class Action on Behalf of Shareholders
of New Century Financial Corporation

NEW YORK, NY -- (MARKET WIRE) -- 03/23/07 --  Notice is hereby given
that a class action has been commenced in the United States District
Court for the Central District of California against New Century
Financial Corporation ("NEW" or the "Company") (PINKSHEETS: NEWC) and
certain of its officers and directors, on behalf of all persons or
entities who purchased the publicly traded securities of NEW between
April 2, 2006 and March 2, 2007, inclusive (the "Class Period").

Stull, Stull & Brody has substantial experience representing
employees who suffered losses from purchases of their employer's
stock in their 401(k) plans.  If you bought New Century Financial
Corporation's stock through your NEW retirement account and have
information or would like to learn more about these claims, please
contact us.

On March 2, 2007, NEW disclosed in a filing with the Securities &
Exchange Commission on Form 8-K that: 1) "[t]he staff of the SEC has
requested a meeting with the Company to discuss the events leading up
to the announcement of the restatements...."; 2) "the Company
received a letter dated February 21, 2007 from the NYSE Regulation
Inc. indicating that its Market Trading Analysis Department is
reviewing transactions in the Company's securities prior to the
February 7, 2007 announcement of the restatement process"; and 3)
"[o]n February 28, 2007, the Company received a letter from the
United States Attorney's Office for the Central District of
California (the "U.S. Attorney's Office") indicating that it was
conducting a criminal inquiry under the federal securities laws in
connection with trading in the Company's securities, as well as
accounting errors regarding the Company's allowance for repurchase
losses."

The following trading day, NEW shares declined from a closing price
on March 2, 2007 of $14.65 per share, to close at $4.56 per share at
the close of trading on March 5, 2007, a decline of $10.09 per share
or approximately 69%, on heavier than usual volume.

If you purchased NEW's securities during the Class Period, you may
request that the Court appoint you as lead plaintiff by no later than
April 10, 2007.  A lead plaintiff is a representative party that acts
on behalf of other class members in directing the litigation.  In
order to be appointed lead plaintiff, the Court must determine that

the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class.  Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff.  You may retain Stull, Stull & Brody, or other counsel of your choice, to serve as your counsel in this action. Stull, Stull & Brody has litigated many class actions for violations of securities laws in federal courts over the past 30 years and has obtained court approval of substantial settlements on numerous occasions. Stull, Stull & Brody maintains offices in both New York and Los Angeles.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests with respect to these matters, please contact Tzivia Brody, Esq. at Stull, Stull & Brody by e-mail at SSBNY@aol.com, by calling toll-free 1-800-337-4983, or by fax at 212/490-2022, or by writing to Stull, Stull & Brody, 6 East 45th Street, New York, NY 10017.  You can also visit our website at www.ssbny.com.


Contact:
Tzivia Brody, Esq. at Stull, Stull & Brody
Contact via http://www.marketwire.com/mw/emailprcntct?id=0FCAB00D6D6AA47E
1-800-337-4983
Fax: 212/490-2022
www.ssbny.com

Provider ID: 07230518
-0- (MWR) Mar/23/2007 22:22 GMT

**MWR 03/30 Investor Notice: Murray, Frank & Sailer LLP Announces That**

Investor Notice: Murray, Frank & Sailer LLP Announces That Investors Have Until April 10, 2007 to Move for Lead Plaintiff Appointment in the Securities Class Action Against New Century Financial Corp.

Class Period Expanded Until March 2, 2007

NEW YORK, NY -- (MARKET WIRE) -- 03/30/07 --  On February 9, 2007, Murray, Frank & Sailer LLP filed a class action in the Central District of California, Southern Division, on behalf of shareholders who purchased or otherwise acquired the securities of New Century Financial Corp.  ("New Century" or the "Company") (NYSE: NEW) between April 4, 2006 and February 7, 2007, inclusive (the "Class Period"). The case was given Civil Action # 07cv162.

Since February 9, 2007, material events have transpired, which have expanded that class period until March 2, 2007.  If you are a member of the class, you may, no later than April 10, 2007, move to be appointed as a Lead Plaintiff.

The complaint charges New Century and certain of its officers and directors with violations of the Securities Exchange Act of 1934. New Century is a real estate investment trust that through its subsidiaries operates mortgage finance companies.

The complaint alleges that during the Class Period, defendants issued materially false and misleading statements regarding the Company's business and financial results and concealed the following material adverse facts from the investing public: (a) the Company lacked requisite internal controls, and, as a result, the Company's projections and reported results issued during the Class Period were based upon defective assumptions and/or manipulated facts; (b) the Company's financial statements were materially misstated due to its failure to properly account for its allowance for loan repurchase losses; (c) the Company's financial statements were materially misstated due to its failure to properly account for its residual interests in securitizations by failing to timely write down the impaired asset; (d) given the deterioration and the increased volatility in the subprime market, the Company would be forced to tighten its underwriting guidelines which would have a direct material negative impact on its loan productions going forward; and (e) given the increased volatility in the subprime market, the Company had no reasonable basis to make projections about its ability to maintain its current mortgage loan production levels for 2007. As a result of these false statements, New Century stock traded at

artificially inflated prices during the Class Period, reaching a high
of $51.22 per share on April 28, 2006. Defendants took advantage of
this inflation, selling 665,334 shares of their New Century stock for
proceeds of over $26.6 million.

Murray, Frank & Sailer LLP and its predecessor firms have devoted its
practice to shareholder class actions and complex commercial
litigation for more than fifteen years and have recovered hundreds of
millions of dollars for shareholders in class actions throughout the
United States.  You may visit our website at www.murrayfrank.com.  If
you would like to discuss this action, this announcement, or your
rights and interests, please contact plaintiff's counsel Bradley P.
Dyer of Murray, Frank & Sailer LLP.

CONTACT:
Murray, Frank & Sailer LLP
Bradley P. Dyer
(800) 497-8076
(212) 682-1818
Fax: (212) 682-1892
Email: Contact via
http://www.marketwire.com/mw/emailprcntct?id=D88F0557A389B77B

Provider ID: 07233400
-0- (MWR) Mar/30/2007 21:44 GMT

**PZM 03/30 The Law Offices of Bruce G. Murphy Reminds Investors of the Lead**

*T

   The Law Offices of Bruce G. Murphy Reminds Investors of the
  Lead Plaintiff Deadline of April 10, 2007 in the New Century
    Financial Corporation Securities Class Action -- NEWC

*T

VERO BEACH, Fla., March 30, 2007 (PRIME NEWSWIRE) -- The Law Offices of Bruce G. Murphy, which filed a class action suit in the United States District Court for the Central District of California against New Century Financial Corporation ("NEW" or the "Company")(Pink Sheets:NEWC) and certain of its officers and directors, on behalf of all persons or entities who purchased the publicly traded securities of NEW, reminds investors of the lead plaintiff deadline of April 10, 2007 and updates investors on the class action litigation pending against NEW.

The complaint alleges that the Company and certain of its executives violated the federal securities laws during a proposed class period of May 4, 2006 through February 7, 2007. Subsequently, additional securities class actions have been filed that have expanded the class period so that investors who purchased NEW publicly traded securities between April 7, 2006 and March 2, 2007 are members of the proposed class.

On March 2, 2007, NEW disclosed in a filing with the Securities & Exchange Commission on Form 8-K that: 1) "(t)he staff of the SEC has requested a meeting with the Company to discuss the events leading up to the announcement of the restatements . . . ."; 2) "the Company received a letter dated February 21, 2007 from the NYSE Regulation Inc. indicating that its Market Trading Analysis Department is reviewing transactions in the Company's securities prior to the February 7, 2007 announcement of the restatement process"; and 3) "(o)n February 28, 2007, the Company received a letter from the United States Attorney's Office for the Central District of California (the "U.S. Attorney's Office") indicating that it was conducting a criminal inquiry under the federal securities laws in connection with trading in the Company's securities, as well as accounting errors regarding the Company's allowance for repurchase losses."

The following trading day, NEW shares declined from a closing price on March 2, 2007 of $14.65 per share, to close at $4.56 per share at the close of trading on March 5, 2007, a decline of $10.09 per share or approximately 69%, on heavier than usual volume.

If you are a member of the proposed Class, you may move the court no

later than April 10, 2007 to serve as a lead plaintiff for the Class.
You need not seek to become a lead plaintiff in order to share in any
possible recovery.
If you have any questions about this Notice, the action, your rights,
or your interests, please e-mail or contact:

*T
 Bruce G. Murphy, Esq.
 Law Offices of Bruce G. Murphy
 265 Llwyds Lane
 Vero Beach, FL 32963
 (772) 231-4202
 (772) 231-7222(fax)
 bgm@brucemurphy.biz
*T
More information on this and other class actions can be found on the
Class Action Newsline at www.primenewswire.com/ca.


*T
-0- (PZM)
CONTACT:  Law Offices of Bruce G. Murphy
         Bruce G. Murphy, Esq.
         (772) 231-4202
         Fax:  (772) 231-7222
         bgm@brucemurphy.biz
         265 Llwyds Lane
         Vero Beach, FL 32963
*T


Provider ID: 00116539
-0- (PZM) Mar/30/2007 22:56 GMT

**MWR 04/05 KGS Announces Filing of Class Action Lawsuit Against New**

KGS Announces Filing of Class Action Lawsuit Against New Century
Financial Corp. on Behalf of Purchasers of Series A and Series B
Preferred Shares

NEW ORLEANS, LA -- (MARKET WIRE) -- 04/05/07 --  Kahn Gauthier Swick,
LLC ("KGS") has filed the first class action lawsuit in the United
States District Court for the Central District of California,
Southern Division, on behalf of shareholders who purchased New
Century Financial Corp. ("New Century") Series A Preferred shares,
sold in a public offering on June 15, 2005, and/or Series B Preferred
shares, offered on August 16, 2006.

The complaint charges New Century and its entire Board of Directors
with violations of the Securities Act of 1933 Sections  11, 12(a)(2)
and 15.  The action charges defendants with strict liability for the
false statements contained in each Registration Statement and
Proxy/Prospectus.

On February 7, 2007, New Century announced that it will have to
restate its previously reported financial results to correct errors
related to its application of generally accepted accounting
principles, necessary for reporting allowances for loan repurchase
losses. On this news, New Century's Preferred shares declined
precipitously.

Later, on March 2, 2007, New Century also disclosed that the U.S.
Attorney's Office for the Central District of California had notified
the Company that it is conducting a criminal inquiry in connection
with trading in New Century's stock, and its accounting. The
following trading day, New Century's Preferred Shares again declined.
 On April 2, 2007, New Century announced that it would file for
Bankruptcy protection.

If you are a Series A or Series B Preferred shareholder and wish to
serve as lead plaintiff in the Preferred Shareholders' Action you must
move the Court no later than June 4, 2007. [See SPECIAL NOTICE,
below.]  Any member of the purported class may move the Court to
serve as lead plaintiff through counsel of their choice, or may
choose to do nothing and remain an absent class member. If you would
like to discuss your legal rights, you may e-mail or call KGS,
without obligation or cost to you. You may contact Managing Partner
Lewis Kahn of KGS direct, toll free 1-866-467-1400, ext., 106, or
email at lewis.kahn@kgscounsel.com. KGS focuses its practice on
securities fraud litigation, and the firm's lawyers have significant

experience working on securities fraud cases that have resulted in significant recoveries for shareholders. For additional information regarding KGS, please visit our website at www.kgscounsel.com.

SPECIAL NOTICE:  At least 17 Shareholder securities fraud class actions have been filed by numerous law firms on behalf of purchasers of New Century common stock (the "Securities Fraud Class Actions") in the open market between 4/7/06 and 3/2/07, alledging violations of the Securities Exchange Act of 1934 Sections 10(b) and 20(a). Pursuant to the Private Securities Litigation Reform Act ("PSLRA"), the deadline to move the Court to serve as lead plaintiff in the Securities Fraud Class Action is Tuesday, April 10, 2007.  The Securities Fraud Class Actions do not include claims related to either the Series A or Series B Preferred Share Offerings and, therefore, KGS believes that these actions are not related to the Preferred Shareholders' Action.  Accordingly, KGS will oppose any related case designation and will also oppose consolidation of the Preferred Shareholders' Action with the Securities Fraud Class Actions. Shareholders, however,  must be advised that there is no guarantee that such consolidation opposition will succeed and, accordingly, to best preserve and protect your rights, Preferred Shareholders are encouraged to contact KGS prior to April 10, 2007.


Contact:

Lewis Kahn
KGS
1-866-467-1400, ext. 106
email: lewis.kahn@kgscounsel.com

Provider ID: 07235444
-0- (MWR) Apr/05/2007  4:36 GMT

PRN 04/05 Shareholder Notice: Zwerling, Schachter & Zwerling, LLP Files

Shareholder Class Action on Behalf of Purchasers of New Century Financial Corporation's Securities (NEWC.PK) for Expanded Class Period

   NEW YORK, April 5 /PRNewswire/ -- Zwerling, Schachter & Zwerling, LLP ("Zwerling Schachter") has filed a class action lawsuit in the United States District Court for the Central District of California on behalf of all persons and entities who purchased the securities of New Century Financial Corp. ("New Century" or the "Company") (OTC: NEWC.PK) during the period from February 3, 2005 through March 2, 2007 (the "Class Period").  The complaint extends the existing class period from the originally filed actions.  The deadline to file a motion seeking to be appointed lead plaintiff is April 10, 2007.

   If you purchased the securities of New Century during the Class Period, you may apply to serve as lead plaintiff.  The lead plaintiff is responsible for overseeing the prosecution of the action and ensuring that the interests of the class are protected.  You may apply to be appointed lead plaintiff through Zwerling Schachter.

   If you wish to discuss this action or have any questions concerning your rights and interests with respect to this securities litigation matter, please contact Zwerling Schachter (Kevin McGee, Esq. or Jayne Nykolyn) at 1-800-721-3900 or by e-mail at kmcgee@zsz.com or jnykolyn@zsz.com.

   The complaint alleges that defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.  Specifically, the complaint alleges that throughout the Class Period defendants issued numerous materially false and misleading statements concerning New Century's profitability, underwriting standards, and financial strength.  On February 7, 2007, in contrast to the positive statements issued throughout the Class Period, New Century announced that it would restate its financial results because the Company had 1) failed to reserve adequately for all of the non-performing mortgages it was forced to repurchase, and 2) failed to account properly for the reduction in value of the mortgages repurchased.  On March 2, 2007, in a filing with the Securities & Exchange Commission, the Company stated that the Audit Committee of the Board of Directors initiated its own independent investigation concerning, among other things, "issues pertaining to the Company's valuation of residual interests in securitizations in 2006 and prior periods."

   Also on March 2, 2007, New Century stated that it was out of compliance with debt covenants and that if it were unable to reach agreements with all of its lenders, the Company's auditor will include an explanatory paragraph on the Company's financial statements indicating that substantial doubt exists as

to the Company's ability to continue as a going concern.  On March 5, 2007, New Century's common stock dropped more than 60% to a low of $5.25.

On April 2, 2007, New Century announced that it filed for voluntary

bankruptcy under Chapter 11 of the United States Bankruptcy Code.  New Century's common and preferred shares have been de-listed from the New York Stock Exchange and now trade on the over-the-counter market.  On April 4, 2007, New Century's common stock closed at $1.00 per share.

Zwerling Schachter concentrates in prosecuting class actions nationwide on behalf of investors.  The firm currently plays a leading role in numerous major securities and complex commercial litigations pending in federal and state courts and has offices in New York City, Uniondale, New York, Boca Raton, Florida and Seattle, Washington.  The firm has been recognized by courts throughout the country as highly experienced and skilled in complex litigation, particularly with respect to federal securities class action litigation.

Visit our website at:  http://www.zsz.com

SOURCE  Zwerling, Schachter & Zwerling, LLP

CONTACT:
Kevin McGee, Esq., +1-800-721-3900, kmcgee@zsz.com, or Jayne Nykolyn, +1-800-721-3900, jnykolyn@zsz.com.or, both of Zwerling, Schachter & Zwerling, LLP
-0- (PRN) Apr/05/2007 20:10 GMT