UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The JAY PETER KAUFMAN REVOCABLE TRUST, On behalf of Itself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>NEW CENTURY FINANCIAL CORPORATION, BRAD A. MORRICE, ROBERT K. COLE, MARYLIN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, EDWARD F. GOTSCHALL, DONALD E. LANGE, MICHAEL M. SACHS, RICHARD A. ZONA, PATTI M. DODGE, DAVID EINHORN, BEAR, STEARNS & CO., INC., MORGAN STANLEY & CO., INC., STIFEL NICOLAUS & COMPANY, INCORPORATED, and JEFFRIES & COMPANY, INC.,<br><br>                Defendants. | Case No. 07-CV-2903 (GBD) |

### CERTIFICATE OF SERVICE

I, Lawrence Silvestro, hereby certify that on Tuesday, April 24, 2007, I caused the following documents:

- NOTICE OF MOTION BY THE NEW YORK STATE TEACHERS' RETIREMENT SYSTEM TO TRANSFER VENUE

- MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE NEW YORK STATE TEACHERS' RETIREMENT SYSTEM TO TRANSFER VENUE AND IN OPPOSITION TO THE MOTION OF THE JAY PETER KAUFMAN REVOCABLE TRUST FOR APPOINTMENT AS LEAD PLAINTIFF

- DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF THE NEW YORK STATE TEACHERS' RETIREMENT SYSTEM TO TRANSFER VENUE AND IN OPPOSITION TO THE MOTION OF THE JAY PETER KAUFMAN REVOCABLE TRUST FOR APPOINTMENT AS LEAD PLAINTIFF

to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

_____
Lawrence Silvestro