UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The JAY PETER KAUFMAN REVOCABLE TRUST, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>- against -<br><br>NEW CENTURY FINANCIAL CORPORATION, BRAD A. MORRICE, ROBERT K. COLE, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, EDWARD F. GOTSCHALL, DONALD E. LANGE, MICHAEL M. SACHS, RICHARD A. ZONA, PATTI M. DODGE, WILLIAM J. POPEJOY, BEAR, STEARNS & CO., STIFEL NICOLAUS & COMPANY, DEUTSCHE BANC SECURITIES, INC., JMP SECURITIES LLC, PIPER JAFFRAY & COMPANY, and ROTH CAPITAL PARTNERS LLC,<br><br>Defendants. | Civ. No. 07 CV 2903 GBD (KF)<br><br>**NOTICE OF ASSOCIATION**<br>**OF COUNSEL** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Milberg Weiss & Bershad LLP, counsel for The Jay Peter Kaufman Revocable Trust in the above-captioned action, hereby associates the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP as co-counsel for Plaintiff.

616360.1

Dated: May 2, 2007   Respectfully submitted,

MILBERG WEISS & BERSHAD LLP

By:   /s/ Kent A. Bronson
    Peter G.A. Safirstein (PS-6176)
    Kent A. Bronson (KB-4906)
    Roland W. Riggs (RR-1695)
    One Pennsylvania Plaza
    New York, NY 10119-0165
    Telephone: (212) 594-5300
    Facsimile: (212) 868-1229

MILBERG WEISS & BERSHAD LLP
Jeff S. Westerman (not admitted to SDNY)
Elizabeth Lin (not admitted to SDNY)
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Attorneys for Plaintiff

      The law firm of Lieff, Cabraser, Heimann & Bernstein, LLP hereby accepts the above-referenced association.

| | |
|---|---|
| Dated: May 2, 2007 | Respectfully submitted, |
| | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| By: | __/s/ Richard M. Heimann__<br>Richard M. Heimann (not admitted to SDNY)<br>Joy A. Kruse (not admitted to SDNY)<br>Bruce W. Leppla (not admitted to SDNY)<br>Sharon M. Lee (SL-5612)<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |