Daniels, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The JAY PETER KAUFMAN REVOCABLE TRUST, On Behalf of Itself and All Others Similarly Situated,

        Plaintiffs,

- against -

NEW CENTURY FINANCIAL CORPORATION, BRAD A. MORRICE, ROBERT K. COLE, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, EDWARD F. GOTSCHALL, DONALD E. LANGE, MICHAEL M. SACHS, RICHARD A. ZONA, PATTI M. DODGE, WILLIAM J. POPEJOY, BEAR, STEARNS & CO., STIFEL NICOLAUS & COMPANY, DEUTSCHE BANC SECURITIES, INC., JMP SECURITIES LLC, PIPER JAFFRAY & COMPANY, and ROTH CAPITAL PARTNERS LLC,

        Defendants.



Case No. 07 CV 2903 GBD (KF)

Class Action

**STIPULATION AND ORDER TRANSFERRING ACTION TO CENTRAL DISTRICT OF CALIFORNIA**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that this action shall be and hereby is transferred to the United States District Court for the Central District of California for coordination with the related-actions pending in that District.

IT IS ALSO HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that pursuant to and following said transfer, the defendants herein have no objection to the United States District Court for the Central District California's consideration the Jay Peter Kaufman Revocable Trust's application for the position of Lead Plaintiff in connection with the actions before that Court.

LEGAL_US_W # 56137674.1



Dated: May 2, 2007       MILBERG WEISS & BERSHAD LLP

By: _____

Peter G.A. Safirstein (PS-6176)
Kent A. Bronson (KB-4906)
Roland W. Riggs IV (RR-4577)
One Pennsylvania Plaza
New York, NY 10110-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Plaintiff Jay Peter Kaufman
Revocable Trust

COOLEY GODWARD KRONISH LLP

By: _____

Shannon S. McKinnon (SM-9377)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Fax: (212) 479-6275

Attorneys for Defendants Brad A. Morrice, Robert
K.Cole, Edward F. Gotschall and Patti M. Dodge,
Marilyn Alexander, Harold A. Black, Fredric J.
Forster, Donald E. Lange, Michael M. Sachs,
Richard A. Zona, and William J. Popejoy

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____

Kevin C. Logue (KL-9447)
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000

Attorneys for Defendants Bear, Stearns & Co.,Inc.
and Deutsche Banc Securities, Inc., Stifel
Nicolaus & Company, Incorporated, JMP
Securities LLC, Roth Capital Partners LLC and
Piper Jaffray & Company

LEGAL_US_W # 56137674.1                -2-



SO ORDERED: MAY 0 4 2007

*George B. Daniels*
Hon. George B. Daniels
HON. GEORGE B. DANIELS