DANIECS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The JAY PETER KAUFMAN REVOCABLE
TRUST, On Behalf of Itself and All Others
Similarly Situated,

          Plaintiffs,

- against -

NEW CENTURY FINANCIAL CORPORATION,
BRAD A. MORRICE, ROBERT K. COLE,
MARILYN A. ALEXANDER, HAROLD A.
BLACK, FREDRIC J. FORSTER, EDWARD F.
GOTSCHALL, DONALD E. LANGE, MICHAEL
M. SACHS, RICHARD A. ZONA, PATTI M.
DODGE, WILLIAM J. POPEJOY, BEAR,
STEARNS & CO., STIFEL NICOLAUS &
COMPANY, DEUTSCHE BANC SECURITIES,
INC., JMP SECURITIES LLC, PIPER JAFFRAY
& COMPANY, and ROTH CAPITAL PARTNERS
LLC,

          Defendants.



DATE FILED MAY 0 8 2007

Case No. 07 CV 2903 GBD (KF)

Class Action

**CORRECTED STIPULATION AND
ORDER TRANSFERRING ACTION
TO CENTRAL DISTRICT OF
CALIFORNIA**

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties they represent that this action shall be and hereby is transferred to the United States District Court for the Central District of California for coordination with the related-actions pending in that District.

        IT IS ALSO HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties they represent that pursuant to and following said transfer, the defendants represented by undersigned counsel herein have no objection to the United States District Court for the Central District California's consideration the Jay Peter Kaufman Revocable Trust's application for the position of Lead Plaintiff in connection with the actions

LEGAL_US_W # 56111623.1

before that Court.

Dated: ~~April~~ May 4, 2007

MILBERG WEISS & BERSHAD LLP

By:  *Kent A. B.*

Peter G.A. Safirstein (PS-6176)
Kent A. Bronson
Roland W. Riggs IV
One Pennsylvania Plaza
New York, NY 10110-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Plaintiff Jay Peter Kaufman Revocable Trust

COOLEY GODWARD KRONISH LLP

By: _____
Shannon S. McKinnon (SM-9377)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Fax: (212) 479-6275

Attorneys for Defendants Brad A. Morrice, Robert K. Cole, Edward F. Gotschall and Patti M. Dodge

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Kevin C. Logue (KL-9447)
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000

Attorneys for Defendants Bear, Stearns & Co.,Inc. and Deutsche Banc Securities, Inc., Stifel Nicolaus & Company, Incorporated, JMP Securities LLC, and Roth Capital Partners LLC and Piper Jaffrey & Company

before that Court.

Dated: ~~April~~ May 4, 2007

MILBERG WEISS & BERSHAD LLP

By: _____
Peter G.A. Safirstein (PS-6176)
Kent A. Bronson
Roland W. Riggs IV
One Pennsylvania Plaza
New York, NY 10110-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Plaintiff Jay Peter Kaufman
Revocable Trust

COOLEY GODWARD KRONISH LLP

By: _____
Shannon S. McKinnon (SM-9377)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Fax: (212) 479-6275

Attorneys for Defendants Brad A. Morrice, Robert
K. Cole, Edward F. Gotschall and Patti M. Dodge

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Kevin C. Logue (KL-9447)
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000

Attorneys for Defendants Bear, Stearns & Co.,Inc.
and Deutsche Banc Securities, Inc., Stifel
Nicolaus & Company, Incorporated, JMP
Securities LLC, and Roth Capital Partners LLC
and Piper Jaffrey & Company

LEGAL_US_W # 56111623.1                -2-

SO ORDERED:    MAY 0 8 2007

_/s/ George B. Daniels_
Hon. George B. Daniels

541710 v1/SD

## CERTIFICATE OF SERVICE

I, Shannon S. McKinnon, an associate at Cooley Godward Kronish LLP, hereby certify that I caused a true and correct copy of the CORRECTED STIPULATION AND ORDER TRANSFERRING ACTION TO CENTRAL DISTRICT OF CALIFORNIA to be served by first class U.S. mail to all parties listed on the attached service list on this 4th day of May 2007.

*[signature]*

Shannon S. McKinnon

*Counsel for Plaintiff Richard Damore, Rueven Lapin, and Gary M. Tanner*

Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
LERACH COUGHLIN STOIA
 GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Samuel H. Rudman
David A. Rosenfeld
LERACH COUGHLIN STOIA
GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Brian P. Murray
MURRAY FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Marc S. Hemel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwood, PA 19004
Telephone: (610) 660-8000
Facsimile: (610) 660-8080

*Counsel for Plaintiff IRA for the Benefit of Kathleen M. Karcich*

Arthur L. Shingler, III
Nicholas J. Licato
SCOTT + SCOTT
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

David R. Scott
SCOTT + SCOTT
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

*Counsel for Plaintiff Abramcyk Real Estate Company, Inc.*

Joseph W. Cotchett
Steven N. Williams
COTCHETT PITRE AND MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Marc I. Gross
Fei-Lu Quian
POMERANTZ HAUDEK BLOCK GROSSMAN
 & GROSS LLP
100 Park Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

David Jaroslawicz
TAROSLAWICZ & .TAROS
150 William Street, 19th Floor
New York, NY 10038
Telephone: (212) 227-2780

Patrick V. Dahlstrom
Joshua B. Silverman
POMERANTZ HAUDEK BLOCK GROSSMAN
 & GROSS LLP
One North LaSalle Street, Suite 2225
Chicago, IL 60602
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

1311802 v1/NY



<u>*Counsel for Plaintiff Robert W Boyd, III*</u>

Lori S. Brody
**KAPLAN FOX AND KILSHEIMER**
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Telephone: (310) 785-0800
Facsimile: (310) 785-0897

Joel B. Strauss
Jeffrey P. Campisi
**KAPLAN FOX AND KILSHEIMER**
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

Laurence D. King
**KAPLAN FOX AND KILSHEIMER**
555 Montgomery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

Bruce G. Murphy
**LAW OFFICE OF BRUCE G. MURPHY**
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (772) 231-202
Facsimile: (772) 231-7222

1311802 v1/NY

*Counsel for Plaintiff Gerald Hammer*

Evan J. Smith
Steven S. Wang
BRODSKY & SMITH, L.L.C.
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (310) 300-8425
Facsimile: (310) 247-0160

Richard A. Maniskas
D. Seamus Kaskela
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiff Donald E. Meyer*

Lionel Z. Glancy
Michael M. Goldberg
GLANCY BINKOW AND GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Robert I. Harwood
Daniella Quiff
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 938-7400
Facsimile: (212) 753-3630

Frederick W. Gerkens, III
John Halebian
LOVELL STEWARD HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Counsel for Plaintiff Paul Wood*

Maya Saxena
Joseph E. White, III
SAXENA WHITE P.A.
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3082

Larry A. Sackey
LARRY A. SACKEY LAW OFFICES
11500 W. Olympic Boulevard, Suite 550
Los Angeles, CA 90064
Telephone: (310) 575-4444
Facsimile: (310) 575-4520

1311802 v1/NY

*Counsel for Plaintiff Tom Benefield*

Lionel Z. Glancy
Peter A. Binkow
Michael M. Goldberg
GLANCY BINKOW AND GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Kurt B. Olsen
KLAFTER & OLSEN LLP
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 261-3553
Facsimile: (202) 261-3533

Jeffrey A. Klafter
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10602
Telephone: (914) 997-5656
Facsimile: (914) 997-2444

*Counsel for Plaintiffs Frank Mannella, IRA, and Suo-Lun Huang*

Henry H. Rossbacher
James S. Cahill
THE ROSSBACHER FIRM
811 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017-2666
Telephone: (213) 895-6500
Facsimile: (213) 895-6161

Michael E. Criden
HANZMAN, CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

Richard A. Speirs
ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

Kevin M. McGee
ZWERLING, SCHACHTER &
ZWERLING, LLP
595 South Federal Highway, Suite 600
Boca Raton, FL 33432
Telephone: (561) 544-2500
Facsimile: (561) 544-2501

*Counsel for Plaintiff Parmanand Kumar*

Robert S. Green
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Thomas Glenn Martin
THOMAS GLENN MARTIN LAW OFFICES
One World Trade Center, Suite 800
Long Beach, CA 90831
Telephone: (562) 208-9088
Facsimile: (562) 684-0882

1311802 v1/NY

*Counsel for Plaintiff Peter J. Anton*

Arthur L. Shingler, III
Nicholas J. Licato
SCOTT + SCOTT
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

David R. Scott
SCOTT + SCOTT
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

David A.P. Brower
BROWER PIVEN
488 Madison Avenue
New York NY 10002
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

*Counsel for Plaintiffs Roy Brown and Kiernan Monteil*

Daniel Bernard Scotti
Bruce D. Bernstein
DREIER LLP
499 Park Avenue
New York, NY 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

Michael R. Reese
GUTRIDE SAFIER LLP
230 Park Avenue, Suite 963
New York, NY 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

John C. Kirkland
DREIER STEIN AND KAHAN
1620 26th Street, 6th Floor (North Tower)
Santa Monica, CA 90404
Telephone: (310) 828-9050
Facsimile: (310) 828-9101

*Counsel for Plaintiff Stuart Wollman*

Francis M. Gregorek
Marisa C. Livesay
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER FREEMAN
 & HERZ LLP
Symphony Tower
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

Klari Neuwelt
KLARI NEUWELT LAW OFFICES
110 East 59th Street, 29th Floor
New York, NY 10022
Telephone: (212) 593-8800
Facsimile: (212) 593-9131

1311802 v1/NY

Case 1:07-cv-02903-GBD    Document 15    Filed 05/08/2007    Page 11 of 16



*Counsel for Plaintiff Bruce Novotone*

Lori S. Brody
KAPLAN FOX AND KILSHEIMER
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Telephone: (310) 785-0800
Facsimile: (310) 785-0897

Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX AND KILSHEIMER
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

Amir Stark
Lee Albert
MAGER AND GOLDSTEIN LLP
One Liberty Place
1650 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 640-3280
Facsimile: (215) 640-3281

Juli E. Farris
Keller Rohrback LLP
1201 Third Avneue, Suite 3200
Seattle, WA 98101

Telephone: (206) 623-1900
Facsimile: (206) 623-3884

Laurence D. King
KAPLAN FOX AND KILSHEIMER
555 Montgomery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

Karen Hanson Riebel
Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Jayne A. Goldstein
MAGER AND GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: (954) 515-0123
Facsimile: (954) 515-0124



1311802 v1/NY



*Counsel for Plaintiff Durston Winesburg*

Lori S. Brody
KAPLAN FOX AND KILSHEIMER
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Telephone: (310) 785-0800
Facsimile: (310) 785-0897

Joel B. Strauss
Jeffrey P. Campisi
KAPLAN FOX AND KILSHEIMER
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

Amir Stark
Lee Albert
MAGER AND GOLDSTEIN LLP
One Liberty Place
1650 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 640-3280
Facsimile: (215) 640-3281

Carolyn G. Anderson
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

Laurence D. King
KAPLAN FOX AND KILSHEIMER
555 Montgomery Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

Karen Hanson Riebel
Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Jayne A. Goldstein
MAGER AND GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: (954) 515-0123
Facsimile: (954) 515-0124

*Counsel for Plaintiff Donald Johnson*

Blake M. Harper
Jennifer A. Kagan
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Lewis Kahn
KAHN GAUTHIER SWICK LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

Michael A. Swick
Kim Miller
KAHN GAUTHIER SWICK LLC
114 East 39th Street
New York, NY 10006
Telephone: (212) 920-4310
Facsimile: (504) 455-1498

1311802 v1/NY



*Counsel for Plaintiff Joe Verne*

Alan Berg
**Law Office of Alan Berg**
15165 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Douglas M. Risen
Sherrie R. Savett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Counsel for Plaintiff Richard Simmons*

James E. Miller
Patrick A. Klingman
SHEPHERD FINKELMAN MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120

Michael D. Braun
BRAUN LAW GROUP
12400 Wilshire Blvd., Suite 920
Los Angeles, CA 90025

Telephone: (310) 442-7755
Facsimile: (310) 442-7756

Nathan Zipperian
James C. Shah
SHEPHERD FINKELMAN MILLER & SHAH, LLC
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883

*Counsel for Plaintiff Glenn Gessford*

Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Reed R. Kathrein
HAGENS BERMAN SOBOL SHAPIRO LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 896-6300
Facsimile: (415) 896-6301

Robert M. Roseman
Daniel J. Mirarchi
Richard A. Kraemer
SPECTOR ROSEMAN & KODROFF
1818 Market Street, 25th Floor
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Counsel for Movant New York State Teachers' Retirement System*

Blair A. Nicholas
Matthew P. Siben
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

Max W. Berger
Gerald H. Silk
Salvatore J. Graziano
Noam Mandel
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Defendant New Century Financial Corporation, William J. Popejoy, and David Einhorn*

**New Century Financial Corporation**
18400 Von Karman Avenue
Suite 1000
Irvine, CA 92612

*Counsel for Defendants Bear, Stearns & Co., Inc., Morgan Stanley & Co., Inc., Stifel Nicolaus & Company, Inc., Jeffries & Company, Inc., Deutsche Banc Securities, Inc., JMP Securities LLC, Piper Jaffray & Company, and Roth Capital Partners LLC*

Kevin C. Logue
**Paul Hastings Janofsky & Walker LLP**
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

1311802 v1/NY

# NEW CENTURY FINANCIAL CORPORATION
## Service List

### *Counsel for Plaintiff Jay Peter Kaufman*

Peter G.A. Safirstein
Kent A. Bronson
Roland W. Riggs
**MILBERG WEISS & BERSHAD LLP**
One Pennsylvania Plaza
New York, NY 10110-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

### *Counsel for Plaintiff Avi Gold*

Lionel Z. Glancy
Michael M. Goldberg
Peter A. Binkow
**GLANCY BINKOW AND GOLDBERG**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Nancy Kaboolian
**ABBEY SPANIER RODD ABRAMS & PARADIS, LLP**
212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

Laurence D. Paskowitz
Roy L. Jacobs
**PASKOWITZ & ASSOCIATES**
60 East 42nd Street, 46th Floor
New York, NY 10016
Telephone: (212) 685-0969
Facsimile: (212) 685-2306

1311802 v1/NY